IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  RUSSELL S. GRIFFITHS, | : | Bankruptcy No. 17-22920-JCM |
| | : | |
| | : | Chapter 13 |
| RUSSELL S. GRIFFITHS, | : | |
| | : | |
| Movant/Debtor, | : | |
| | : | |
| vs. | : | |
| | : | |
| NO RESPONDENT. | : | |

CERTIFICATE OF SERVICE

      I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Order dated May 21, 2024, Doc. No. 205, was served on May 21, 2024 as follows:

By electronic notice addressed as follows:

Jerome B. Blank on behalf of Creditor Wilmington Savings Fund Society, FSB, Et Al...
jblank@pincuslaw.com, brausch@pincuslaw.com

Brian E. Caine on behalf of Creditor Wilmington Savings Fund Society, Et Al...
bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Denise Carlon on behalf of Creditor Argolica LLC, dcarlon@kmllawgroup.com

Francis E. Corbett on behalf of Creditor TFT Funding, LLC
fcorbett@fcorbettlaw.com, fcorbett7@gmail.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company,
kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com; aepiscopo@bernsteinlaw.com; kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon on behalf of Creditor Wilmington Savings Fund Society, FSB, Et Al...
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Jeffrey R. Hunt on behalf of Creditor Borough of McKees Rocks, jhunt@grblaw.com

Jeffrey R. Hunt on behalf of Creditor City & School District of Pittsburgh
jhunt@grblaw.com

1

Jeffrey R. Hunt on behalf of Creditor County of Allegheny, jhunt@grblaw.com

Jeffrey R. Hunt on behalf of Creditor Pittsburgh Water & Sewer Authority
jhunt@grblaw.com

Jeffrey R. Hunt on behalf of Creditor Sto-Rox School District, jhunt@grblaw.com

Laura McCurdy on behalf of Creditor Sto-Rox School District C/O Weiss Burkardt Kramer, LLC., csilliman@wbklegal.com, jburkardt@wbklegal.com

Paul W. McElrath, Jr., ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Brett A. Solomon on behalf of Creditor Wells Fargo Bank, N.A. - Wells Fargo Auto Finance, brett@solomon-legal.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

Robert P. Wendt on behalf of Creditor CARRINGTON MORTGAGE SERVICES, LLC, ET AL, pawb@fedphe.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

Charles Griffin Wohlrab on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association, bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

James R. Wood on behalf of Creditor Borough of McKees Rocks,
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com


By regular mail addressed to the parties in the attached mailing matrix.

|  |  |
|---|---|
| Dated: <u>May 21, 2024</u> | <u>/s/ Glenn R. Bartifay</u>             |
|  | GLENN R. BARTIFAY, ESQUIRE |
|  | Pa. Id. No. 68763 |
|  | Counsel for Movant/Debtor |
|  |  |
|  | BARTIFAY LAW OFFICES, P.C. |
|  | 2009 Mackenzie Way, Suite 100 |
|  | Cranberry Township, PA 16066 |
|  | (412) 824-4011 |
|  | gbartifay@bartifaylaw.com |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-22920-JCM<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon May 20 15:43:29 EDT 2024 | Borough of McKees Rocks<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Borough of McKees Rocks<br>c/o Portnoff Law Associates, Ltd.<br>P.O. Box 3020<br>Norristown, PA 19404-3020 |
| City & School District of Pittsburgh<br>Goehring, Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | County of Allegheny<br>Goehring, Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Pittsburgh Water & Sewer Authority<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| Sto-Rox School District<br>Goehring, Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | TFT Funding, LLC<br>P.O. Box 2121<br>Lower Burrell, PA 15068-1521 | U.S. Bank Trust National Association, not in<br>Robertson, Anschutz, Schneid, Crane & Pa<br>130 Clinton Rd #202<br>Fairfield, NJ 07004-2927 |
| Wells Fargo Bank, N.A. - Wells Fargo Auto Fi<br>435 Ford Road, Suite 300<br>St. Louis Park, MN 55426-4938 | Wells Fargo Bank, N.A., d/b/a Wells Fargo De<br>c/o Brett A. Solomon, Esquire<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5413 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| AT&T Mobility II LLC<br>% AT&T Services, Inc<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2694 | Allegheny Clinic<br>133 Church Hill Rd<br>Mc Kees Rocks, PA 15136-3279 | Allegheny Co Fam Div<br>414 Grant St<br>Pittsburgh, PA 15219-2409 |
| Allegheny Health Network<br>12311 Perry Highway<br>Wexford, PA 15090-8344 | Allegheny Imaging<br>PO Box 1198<br>Somerset, PA 15501-0336 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| Argolica, LLC<br>c/o Land Home Financial Services<br>ATTN: Payment Processing<br>PO Box 25164<br>Santa Ana, CA 92799-5164 | Ashley Funding Services, LLC its successors<br>assigns as assignee of Laboratory<br>Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Associated Credited Services<br>115 Flanders Road<br>Suite 140<br>Westborough, MA 01581-1087 |
| BARCLAYS BANK DELAWARE<br>PO Box 8803<br>Wilmington, DE 19899-8803 | Borough Of McKees Rocks<br>102 Rahway Road<br>McMurray, PA 15317-3349 | Borough of McKees Rocks<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| Borough of McKees Rocks<br>c/o Goehring Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219-6101 | Bridgecrest Credit Company,LLC<br>PO BOX 29018<br>Phoenix, AZ 85038-9018 | CBCS<br>PO Box 2724<br>Columbus, OH 43216-2724 |

| | | |
|---|---|---|
| CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | CITIBANK<br>701 E 60TH ST N<br>Sioux Falls, SD 57104-0432 | CREDIT PROTECTION ASSOC<br>13355 NOEL RD STE 2100<br>Dallas, TX 75240-6837 |
| Cambridge Twp Tax Collector<br>21876 Walters Road<br>Flinton, PA 16640 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | (p)CARRINGTON MORTGAGE SERVICE LLC<br>1600 S DOUGLAS RD SUITE 110<br>ANAHEIM CA 92806-5951 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | City & School District of Pittsburgh<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | City Of Pittsburgh<br>C/O Jordan Tax Service<br>PO Box 200<br>Bethel Park, PA 15102-0200 |
| (p)COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 | Comcast<br>Po Box 3001<br>Southeastern, PA 19398-3001 | County of Allegheny<br>C/O Jordan Tax Service, Inc.<br>PO Box 200<br>Bethel Park, PA 15102-0200 |
| County of Allegheny<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Crawford County Tax Claim Bureau<br>903 Diamond Square<br>Meadville, PA 16335-2694 | Credit Acceptance<br>25505 West Twelve Mile Rd<br>Suite 3000<br>Southfield MI 48034-8331 |
| Credit Acceptance<br>Po Box 513<br>Southfield, MI 48037-0513 | (p)CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 | Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193-8875 |
| Department Of Finance<br>1st Floor City County Building<br>Pittsburgh, PA 15219 | Diversified Consultants<br>PO Box 551268<br>Jacksonville, FL 32255-1268 | Duquesne Light Company<br>c/o Allison Carr<br>Bernstein Law Firm, P.C.<br>707 Grant St. Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1900 |
| Duquesne Light Company<br>c/o Peter J. Ashcroft, Esquire<br>Bernstein Law Firm, P.C.<br>707 Grant St. Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1900 | Encircle Check Cpllections<br>One Encircle Plaza<br>1691 NW 107th Avenue<br>Miami, FL 33172-2707 | Enhanced Recovery<br>10550 Deerwood Park Boulevard<br>Suite 600<br>Jacksonville, FL 32256-2811 |
| Enterprise<br>4489 Campbells Run Road<br>Pittsburgh, PA 15205-1311 | Fid Info Crp<br>Po Box 49938<br>Los Angeles, CA 90049-0938 | First Nationl Bank Of Pa<br>4140 E. State Street<br>Hermitage, PA 16148-3401 |
| First Natl Bk Of Pa<br>1 Fnb Blvd<br>Hermitage, PA 16148-3363 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | GE Capital<br>P.O. Box 981064<br>El Paso, TX 79998-1064 |

| | | |
|---|---|---|
| Giant Eagle<br>101 Kappa Drive<br>Pittsburgh, PA 15238-2833 | Goehring, Rutter & Boehm<br>437 Grant Street 14th FL<br>Pittsburgh, PA 15219-6107 | Goodyr/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| HSBC Bank<br>P.O. Box 5253<br>Carol Stream, IL 60197-5253 | Hickory Hills Apartments<br>100 Arthur Dr<br>Wexford, PA 15090-9667 | I C System<br>Po Box 64378<br>Saint Paul, MN 55164-0378 |
| Internal Revenue Service<br>Insolvency Unit<br>POB 628<br>Pittsburgh, PA 15230 | Internal Revenue Service<br>Insolvency Unit<br>POB 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>William S. Moorehead Federal Building<br>1000 Liberty Avenue<br>Room 727<br>Pittsburgh, PA 15222-4107 |
| Jordan Tax Service, Inc.<br>P.O. Box 200<br>Bethel Park, PA 15102-0200 | Keystone Collections<br>PO Box 509<br>Irwin, PA 15642-0509 | Keystone Collections Group<br>546 Wendel Road<br>Irwin, PA 15642-7539 |
| Kimberly Rav MD<br>4290 William Penn Highway<br>Allison Park, PA 15101-1443 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Leading Edge Recovery<br>PO Box 129<br>Linden, MI 48451-0129 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | MTSA<br>418 Arcadia Drive<br>Pittsburgh, PA 15237-5557 | (p)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 |
| McCandless Township Sanitary Authority<br>418 Arcadia Drive<br>Pittsburgh, PA 15237-5597 | Merrick Bank<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | National Payment Solutions<br>5650 Whiteville Road<br>Suite 210<br>Columbus, GA 31904-3445 |
| North Park Urgent Care<br>1012 Water Street<br>Meadville, PA 16335-3468 | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 | Orchard Bank<br>PO Box 17051<br>Baltimore, MD 21297-1051 |
| PA Department of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0496 | PWSA<br>441 Smithfield Street<br>Pittsburgh, PA 15222-2216 | Panta-Allegheny Clinic<br>3447 Forbes Avenue<br>Pittsburgh, PA 15213-3212 |
| Parker McCay<br>9000 Midlantic Drive<br>Mount Laurel, NJ 08054-1539 | Penelec<br>331 Newman Springs Rd., Building 3<br>Red Bank, NJ 07701-5688 | Penelec<br>76 South Main Street<br>A-RPC<br>Akron, OH 44308-1890 |

| | | |
|---|---|---|
| Penn Credit<br>916 S 14th St<br>Harrisburg, PA 17104-3425 | Penn Power<br>5001 NASA Blvd<br>Fairmont WV 26554-8248 | Penn Power<br>PO Box 3687<br>Akron, OH 44309-3687 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, PA 17128-0946 | Peoples Gas Bankruptcy Department<br>Attn: Dawn Lindner<br>375 North Shore Drive<br>Suite 600<br>Pittsburgh, PA 15212-5866 | Pittsburgh Water & Sewer Authority<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| Pittsburgh Water & Sewer Authority<br>Jeffrey R. Hunt, Esquire<br>Goehring, Rutter & Boehm Frick Bulding<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219-6107 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 |
| Portnoff Law Associates<br>PO Box 3020<br>Norristown, PA 19404-3020 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Professional Dental Alliance<br>PO Box 713770<br>Norfolk, VA 23541 |
| Prog Leasing, LLC<br>256 West Data Drive<br>Draper, UT 84020-2315 | Progressive<br>11629 S. 700 E<br>Suite 100<br>Draper, UT 84020-8377 | Quest Diagnostics<br>P.O. Box 740717<br>Cincinnati, OH 45274-0717 |
| RMCB<br>4 westcgester Plaza<br>Suite 110<br>Elmsford, NY 10523-1615 | RMS<br>PO Box 361595<br>Columbus, OH 43236-1595 | Raphael, Ramsden & Behers<br>437 Grant Street, Suite 1200<br>Pittsburgh, PA 15219-6100 |
| Raphel, Ramsden & Behers<br>437 Grant Street<br>1200 Frick Building<br>Pittsburgh, PA 15219 | Receivables Performance<br>20816 44th Avenue W<br>Lynnwood, WA 98036-7744 | Record Reproduction Service Inc<br>895 William Pitt Way<br>Suite A122<br>Pittsburgh, PA 15238-1334 |
| Robert Pierce & Associates<br>2500 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1945 | Rushmore Loan Mgmt Ser<br>15480 Laguna Canyon Rd S<br>Irvine, CA 92618-2132 | SANTANDER CONSUMER USA<br>P.O. Box 560284<br>Dallas, TX 75356-0284 |
| Sams Club<br>PO Box 530981<br>Atlanta, GA 30353-0981 | Santander Bank<br>525 Lancaster Avenue<br>Reading, PA 19611-1669 | Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 |
| School District Of Pittsburgh<br>C/O Jordan Tax<br>PO Box 200<br>Bethel Park, PA 15102-0200 | Sovereign Bank<br>PO Box 798<br>Reading, PA 19607-0798 | Soverign Bank<br>601 Penn Street<br>Reading, PA 19601-3544 |

```
(p)STATE COLLECTION SERVICE INC          (p)LOAN SERVICING                        Stewart Chiropractic Clinic
2509 S STOUGHTON RD                      LOAN SUPPORT                             2022 Mount Troy Road
MADISON WI 53716-3314                    PO BOX 5961                              Pittsburgh, PA 15212-1318
                                         MADISON WI 53705-0961


Sto-Rox SD                               Sto-Rox School District                  Sto-Rox School District
c/o Goehring Rutter & Boehm              C/O Weiss Burkardt Kramer LLC            Goehring, Rutter & Boehm
437 Grant Street, 14th Floor             445 Fort Pitt Blvd STE 503               c/o Jeffrey R. Hunt, Esquire
Pittsburgh, PA 15219-6101                Pittsburgh PA 15219-1308                 437 Grant Street, 14th Floor
                                                                                  Frick Building
                                                                                  Pittsburgh, PA 15219-6101


Sto-Rox School District                  Sw Crdt Sys                              TFT Funding
c/o Jordan Tax                           4120 International Pkwy                  c/o Francis E. Corbett
102 Rahway                               Carrollton, TX 75007-1958                Mitchell Building707
McMurray, PA 15317-3349                                                           304 Ross St.
                                                                                  Pittsburgh, PA 15219-2124


The Bureaus                              The Club At North Hills                  Total Card Inc.
1717 Central Street                      PO Box 1660                              PO Box 89725
Evanston, IL 60201-1507                  Pittsford, NY 14534-8315                 Sioux Falls, SD 57109-9725


UPMC                                     UPS                                      US Airway Dividend Credit
PO Box 371842                            PO Box 7247-0244                         PO Box 13337
Pittsburgh, PA 15250-7842                Philadelphia, PA 19170-0001              Philadelphia, PA 19101-3337


University Of Pittsburgh Physcians       Vangroff Williams Inc,                   Verizon
6681 Country CLub Drive                  PO Box 4155                              PO Box 25505
Minneapolis, MN 55427-4601               Sarasota, FL 34230-4155                  Lehigh Valley, PA 18002-5505


Verizon                                  Verizon                                  Verizon Wireless
Po Box 650584                            by American InfoSource LP as agent       Po Box 650051
Dallas, TX 75265-0584                    PO Box 248838                            Dallas, TX 75265-0051
                                         Oklahoma City, OK  73124-8838


Veronica Griffiths                       Waste Management                         Waste Management
301 West Ingomar Road                    2625 W. Grandview Rd #150                PO Box 13577
Pittsburgh, PA 15237-4935                Phoenix, AZ 85023-3109                   Philadelphia, PA 19101-3577


Weis Burkhardt                           Wells Fargo Bank N.A., d/b/a Wells Fargo Dea   Wells Fargo Bank, N.A
445 Fort Pitt Blvd                       PO Box 19657                             PO Box 19657
Suite 503                                Irvine, CA 92623-9657                    Irvine, CA 92623-9657
Pittsburgh, PA 15219-1308


Wells Fargo Bank, N.A.                   West View Water                          Wfds
435 Ford Road, Suite 300                 PO Box 2747107                           Po Box 1697
Minneapolis, MN 55426-4938               Pittsburgh, PA 15214                     Winterville, NC 28590-1697
```

| | | |
|---|---|---|
| Wilmington Savings Fund Society, et al<br>Carrington Mortgage Services, LLC<br>P.O. Box 3730<br>Santa Ana, CA 92703-0730 | Worlds Financial Bank<br>PO Box 182273<br>Columbus, OH 43218-2273 | Paul W. McElrath Jr.<br>McElrath Legal Holdings, LLC.<br>1641 Saw Mill Run Boulevard<br>Pittsburgh, PA 15210-3433 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Russell S. Griffiths<br>9812 Woodland Road North<br>Pittsburgh, PA 15237-4322 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems<br>PO Box 7999<br>St Cloud, MN 56302-9617 | Am Honda Fin<br>201 Little Falls Dr<br>Wilmington, DE 19808 | Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 |
| Carrington Mortgage<br>1600 S Douglass Rd Ste 2<br>Anaheim, CA 92806 | (d)Carrington Mortgage Se<br>1600 S Douglass Rd Ste 2<br>Anaheim, CA 92806 | (d)Carrington Mortgage Services<br>PO box 5001<br>Westfield, IN 46074 |
| Chase Bank<br>PO Box 15298<br>Wilmington, DE 19850 | (d)Chase Card<br>PO Box 15298<br>Wilmington, DE 19850 | Columbia Gas<br>P.O. Box 117<br>Columbus, OH 43216 |
| Credit Acceptance<br>Silver Triangle Bldg<br>25505 West 12th Mile RD<br>Southfield, MI 48034 | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 | Mabt/contfin<br>Pob 8099<br>Newark, DE 19714 |
| Portfolio Rc<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | State Collection Service<br>2509 S Stoughton Rd<br>Madison, WI 53716 |
| State Farm<br>112 E. Washington Street, DTB 8<br>Bloomington, IL 61701 | (d)Wilmington Savings Fund Society<br>1600 South Douglas Road<br>Anaheim, CA 92806 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Argolica LLC

(u)CARRINGTON MORTGAGE SERVICES, LLC, ET AL

(u)Duquesne Light Company

(u)Sto-Rox School District C/O Weiss Burkardt
445 Fort Pitt Blvd Suite 503
Pittsburgh

(u)Wilmington Savings Fund Society, Et Al...

(u)Wilmington Savings Fund Society, FSB, Et A

(d)Borough of McKees Rocks
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404-3020

(u)Gettington Credit
PO Box 166
NJ 07171

(d)Hsbc Bank
Po Box 5253
Carol Stream, IL 60197-5253

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d)Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

(d)Sto-Rox School District
C/O Weiss Burkardt Kramer, LLC
445 Fort Pitt Blvd Ste 503
Pittsburgh, PA 15219-1308

(d)Sto-Rox School District
c/o Weiss Burkardt Kramer
445 Fort Pitt Boulevard, Suite 503
Pittsburgh, PA 15219-1308

(d)Wells Fargo Bank, N.A. - Wells Fargo Auto
435 Ford Road, Suite 300
St. Louis Park, MN 55426-4938

End of Label Matrix
Mailable recipients   154
Bypassed recipients    14
Total                 168