IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  RUSSELL S. GRIFFITHS, | : | Bankruptcy No. 17-22920-JCM |
| | : | |
| | : | Chapter 13 |
| RUSSELL S. GRIFFITHS, | : | |
| | : | Related to:  Document No. 204 |
| Movant/Debtor, | : | |
| | : | |
| vs. | : | |
| | : | |
| NO RESPONDENT. | : | |

**ORDER APPROVING COUNSEL FOR THE DEBTOR**

   AND NOW, this __21st__ day of _____May_____, 2024, upon consideration of the Motion for Substitution of Counsel filed on May 20, 2024 it is ORDERED, ADJUDGED and DECREED as follows:

(1) Glenn R. Bartifay, Esquire, and Bartifay Law Offices, P.C., 1002 Mackenzie Way, Suite 100, Cranberry Township, PA 16066, are hereby appointed, as of the date of filing of the Motion, as Attorney(s) for Debtor in this bankruptcy proceeding for the reasons set forth in the Motion.  Fees incurred prior to the date of the Motion will be considered to the extent reasonably related to the case filing.

(2) Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including:  the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

(3) Approval of any motion for appointment of counsel in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates, and is not a preapproval of compensation pursuant to 11 U.S.C. §328(a).  Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates based on application of the above-mentioned factors in granting approval by Court Order.  Any retainer paid to the Attorney is unaffected by this Order and remains property of the Estate until further order of Court.

(4) Notwithstanding anything to the contrary in the letter of engagement or agreement between Movant and the Attorney, this Order does not authorize the Attorney to retain or pay any outside counsel or other professional to assist Attorney in this matter unless such is done at no expense to Movant, directly or indirectly.  Any other retention of, and payment to, an outside counsel or other professional is subject to prior approval of the Court.

(5) Paul W. McElwrath, Jr., Esquire, and McElrath Legal Holdings, LLC are GRANTED leave to withdraw from the above-captioned case as counsel for Debtor, and the Clerk shall terminate the

corresponding CM/ECF attorney record in this case for Paul W. McElwrath, Jr., Esquire, and McElrath Legal Holdings, LLC as counsel for Debtor.

(6) Movant shall serve the within Order on all interested parties and file a certificate of service.

_____
John C. Melaragno, Judge   glb
United States Bankruptcy Court

SIGNED
5/21/24 8:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22920-JCM |
| Russell S. Griffiths | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 21, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Russell S. Griffiths, 9812 Woodland Road North, Pittsburgh, PA 15237-4322 |
| | #+ | Paul W. McElrath, Jr, McElrath Legal Holdings, LLC., 1641 Saw Mill Run Boulevard, Pittsburgh, PA 15210-3433 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 23, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank  N.A. - Wells Fargo Auto Finance brett@solomon-legal.com |
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services brett@solomon-legal.com |
| Brett A. Solomon | on behalf of Defendant Wells Fargo Bank  N.A./ Wells Fargo Auto Finance brett.solomon@solomon-legal.com |
| Brian E. Caine | on behalf of Creditor Wilmington Savings Fund Society  Et Al... bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Brian E. Caine | on behalf of Creditor Wilmington Savings Fund Society  FSB, Et Al... bcaine@parkermccay.com, |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: May 21, 2024 | Form ID: pdf900 | Total Noticed: 2

| | |
|---|---|
| | BKcourtnotices@parkermccay.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor Argolica LLC dcarlon@kmllawgroup.com |
| Francis E. Corbett | on behalf of Creditor TFT Funding LLC fcorbett@fcorbettlaw.com, fcorbett7@gmail.com |
| Glenn R. Bartifay | on behalf of Debtor Russell S. Griffiths gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| James R. Wood | on behalf of Creditor Borough of McKees Rocks jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of McKees Rocks jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Sto-Rox School District jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor Wilmington Savings Fund Society FSB, Et Al... jblank@pincuslaw.com, brausch@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Laura McCurdy | on behalf of Creditor Sto-Rox School District C/O Weiss Burkardt Kramer LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com |
| Mario J. Hanyon | on behalf of Creditor Wilmington Savings Fund Society FSB, Et Al... wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Plaintiff Russell S. Griffiths ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Debtor Russell S. Griffiths ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Robert P. Wendt | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC, ET AL pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 25