**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RUSSELL S GRIFFITHS | Case No. 17-22920JCM |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>WELLS FARGO BANK NA D/B/A WELLS FARGO DEALER SERVICES<br>Respondents | Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

> CREDITOR HAS NOTED THAT ACCOUNT IS CLOSED, HOWEVER, THEY HAVE NOT WITHDRAWN THEIR DEFICIENCY CLAIM.

| | |
|---|---|
| WELLS FARGO BANK NA D/B/A WELLS FARGO DEALER SERVICES<br>PO BOX 17900<br>DENVER, CO 80217-0900 | Court claim# 3/Trustee CID# 127 |

The Movant further certifies that on 06/28/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>RUSSELL S GRIFFITHS, PO BOX 263, INGOMAR, PA  15127 | ORIGINAL CREDITOR:<br>WELLS FARGO BANK NA D/B/A WELLS FARGO DEALER SERVICES, PO BOX 17900 DENVER, CO  80217-0900 |
| DEBTOR'S COUNSEL:<br>GLENN R BARTIFAY ESQ**, 2009 MACKENZIE WAY STE 100, CRANBERRY TWP, PA  16066 | |
| NEW CREDITOR: | |