IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | | : | |
| Russell S. Griffiths | | : | Case No. 17-22920-JCM |
| | | : | Chapter 13 |
| | Debtor(s) | : | |
| | | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | | : | Related to Document |
| | | : | |
| | Movant(s) | : | |
| | | : | Hearing Date: |
| | vs. | : | |
| | | : | |
| Russell S. Griffiths | | : | |
| | | : | |
| | Respondent(s) | : | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, **an in-person hearing** will be held on **August 27, 2024 at 1:30 p.m. before Judge John C. Melaragno** in Courtroom C, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **August 9, 2024.**

| | |
|---|---|
| <u>7/23/24</u> | /s/ Ronda J. Winnecour |
| Date | Ronda J. Winnecour (PA I.D. #30399) |
| | Attorney and Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22920-JCM |
| Russell S. Griffiths | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 8 |
| Date Rcvd: Jul 23, 2024 | Form ID: pdf900 | Total Noticed: 150 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Russell S. Griffiths, 9812 Woodland Road North, Pittsburgh, PA 15237-4322 |
| cr | + | Sto-Rox School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | TFT Funding, LLC, P.O. Box 2121, Lower Burrell, PA 15068-1521 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14661562 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, Am Honda Fin, 201 Little Falls Dr, Wilmington, DE 19808 |
| 14675573 | + | Allegheny Clinic, 133 Church Hill Rd, Mc Kees Rocks, PA 15136-3279 |
| 14661561 | + | Allegheny Co Fam Div, 414 Grant St, Pittsburgh, PA 15219-2409 |
| 14675574 | + | Allegheny Health Network, 12311 Perry Highway, Wexford, PA 15090-8344 |
| 14675575 | + | Allegheny Imaging, PO Box 1198, Somerset, PA 15501-0336 |
| 15524303 | | Argolica, LLC, c/o Land Home Financial Services, ATTN: Payment Processing, PO Box 25164, Santa Ana, CA 92799-5164 |
| 14675581 | + | Borough Of McKees Rocks, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14686749 | + | Borough of McKees Rocks, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14675593 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, P.O. Box 117, Columbus, OH 43216 |
| 14675599 | + | CREDIT PROTECTION ASSOC, 13355 NOEL RDSTE 2100, Dallas, TX 75240-6837 |
| 14675583 | | Cambridge Twp Tax Collector, 21876 Walters Road, Flinton, PA 16640 |
| 14675592 | + | City Of Pittsburgh, C/O Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 14661568 | + | County of Allegheny, C/O Jordan Tax Service, Inc., PO Box 200, Bethel Park, PA 15102-0200 |
| 14675600 | | Department Of Finance, 1st Floor City County Building, Pittsburgh, PA 15219 |
| 14675601 | + | Diversified Consultants, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14675603 | + | Encircle Check Cpllections, One Encircle Plaza, 1691 NW 107th Avenue, Miami, FL 33172-2707 |
| 14675604 | + | Enhanced Recovery, 10550 Deerwood Park Boulevard, Suite 600, Jacksonville, FL 32256-2811 |
| 14675605 | + | Enterprise, 4489 Campbells Run Road, Pittsburgh, PA 15205-1311 |
| 14661574 | + | Fid Info Crp, Po Box 49938, Los Angeles, CA 90049-0938 |
| 14675611 | + | Giant Eagle, 101 Kappa Drive, Pittsburgh, PA 15238-2833 |
| 14675614 | + | Hickory Hills Apartments, 100 Arthur Dr, Wexford, PA 15090-9667 |
| 14675621 | | Jordan Tax Service, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 14675622 | + | Keystone Collections, PO Box 509, Irwin, PA 15642-0509 |
| 14675623 | + | Kimberly Rav MD, 4290 William Penn Highway, Allison Park, PA 15101-1443 |
| 14675627 | + | MTSA, 418 Arcadia Drive, Pittsburgh, PA 15237-5557 |
| 14700612 | + | McCandless Township Sanitary Authority, 418 Arcadia Drive, Pittsburgh, PA 15237-5597 |
| 14675628 | + | National Payment Solutions, 5650 Whiteville Road, Suite 210, Columbus, GA 31904-3445 |
| 14675629 | + | North Park Urgent Care, 1012 Water Street, Meadville, PA 16335-3468 |
| 14675646 | + | PWSA, 441 Smithfield Street, Pittsburgh, PA 15222-2216 |
| 14675632 | + | Panta-Allegheny Clinic, 3447 Forbes Avenue, Pittsburgh, PA 15213-3212 |
| 14675633 | + | Parker McCay, 9000 Midlantic Drive, Mount Laurel, NJ 08054-1539 |
| 14661585 | + | Penelec, 331 Newman Springs Rd., Building 3, Red Bank, NJ 07701-5688 |
| 14661587 | + | Peoples Gas Bankruptcy Department, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14661588 | | Pittsburgh Water & Sewer Authority, Jeffrey R. Hunt, Esquire, Goehring, Rutter & Boehm Frick Bulding, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |

| District/off: 0315-2 | User: auto | Page 2 of 8 |
|---|---|---|
| Date Rcvd: Jul 23, 2024 | Form ID: pdf900 | Total Noticed: 150 |

| | | |
|---|---|---|
| 14675642 | | Portnoff Law Associates, PO Box 3020, Norristown, PA 19404-3020 |
| 14675643 | | Professional Dental Alliance, PO Box 713770, Norfolk, VA 23541 |
| 14675647 | + | Quest Diagnostics, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 14675651 | + | RMCB, 4 westcgester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 14675652 | + | RMS, PO Box 361595, Columbus, OH 43236-1595 |
| 14661592 | | Raphel, Ramsden & Behers, 437 Grant Street, 1200 Frick Building, Pittsburgh, PA 15219 |
| 14675650 | + | Record Reproduction Service Inc, 895 William Pitt Way, Suite A122, Pittsburgh, PA 15238-1334 |
| 14675653 | + | Robert Pierce & Associates, 2500 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219-1945 |
| 14675658 | + | School District Of Pittsburgh, C/O Jordan Tax, PO Box 200, Bethel Park, PA 15102-0200 |
| 14675659 | + | Sovereign Bank, PO Box 798, Reading, PA 19607-0798 |
| 14675663 | + | Stewart Chiropractic Clinic, 2022 Mount Troy Road, Pittsburgh, PA 15212-1318 |
| 14708979 | + | Sto-Rox School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14661595 | + | Sto-Rox School District, c/o Weiss Burkardt Kramer, 445 Fort Pitt Boulevard, Suite 503, Pittsburgh, PA 15219-1308 |
| 14675665 | + | Sto-Rox School District, c/o Jordan Tax, 102 Rahway, McMurray, PA 15317-3349 |
| 14675667 | + | TFT Funding, c/o Francis E. Corbett, Mitchell Building707, 304 Ross St., Pittsburgh, PA 15219-2124 |
| 14675669 | + | The Club At North Hills, PO Box 1660, Pittsford, NY 14534-8315 |
| 14675672 | | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |
| 14675674 | + | US Airway Dividend Credit, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14661598 | + | University Of Pittsburgh Physcians, 6681 Country CLub Drive, Minneapolis, MN 55427-4601 |
| 14675675 | + | Vangroff Williams Inc,, PO Box 4155, Sarasota, FL 34230-4155 |
| 14675680 | | Waste Management, PO Box 13577, Philadelphia, PA 19101-3577 |
| 14675681 | + | Weis Burkhardt, 445 Fort Pitt Blvd, Suite 503, Pittsburgh, PA 15219-1308 |
| 14675684 | | West View Water, PO Box 2747107, Pittsburgh, PA 15214 |
| 14741330 | + | Wilmington Savings Fund Society, et al, Carrington Mortgage Services, LLC, P.O. Box 3730, Santa Ana, CA 92703-0730 |

TOTAL: 62

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 24 2024 00:08:00 | Borough of McKees Rocks, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 24 2024 00:08:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 24 2024 00:08:00 | County of Allegheny, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Jul 24 2024 00:08:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 24 2024 00:08:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14661563 | + | Email/Text: g17768@att.com | Jul 24 2024 00:08:00 | AT&T Mobility II LLC, % AT&T Services, Inc, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 14740293 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2024 00:24:39 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14675579 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 24 2024 00:08:00 | BARCLAYS BANK DELAWARE, PO Box 8803, Wilmington, DE 19899-8803 |
| 14661564 | + | Email/Text: ebnjts@grblaw.com | Jul 24 2024 00:08:00 | Borough of McKees Rocks, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |

Case 17-22920-JCM    Doc 218    Filed 07/25/24    Entered 07/26/24 00:29:44    Desc
Imaged Certificate of Notice    Page 4 of 9

| District/off: 0315-2 | User: auto | Page 3 of 8 |
|---|---|---|
| Date Rcvd: Jul 23, 2024 | Form ID: pdf900 | Total Noticed: 150 |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14708978 | + | Email/Text: ebnjts@grblaw.com | Jul 24 2024 00:08:00 | Borough of McKees Rocks, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14661565 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 24 2024 00:09:00 | Bridgecrest Credit Company,LLC, PO BOX 29018, Phoenix, AZ 85038-9018 |
| 14661566 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 24 2024 00:24:27 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14661604 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 24 2024 00:08:00 | Wilmington Savings Fund Society, 1600 South Douglas Road, Anaheim, CA 92806 |
| 14675585 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 24 2024 00:08:00 | Carrington Mortgage, 1600 S Douglass Rd Ste 2, Anaheim, CA 92806 |
| 14661567 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 24 2024 00:08:00 | Carrington Mortgage Se, 1600 S Douglass Rd Ste 2, Anaheim, CA 92806 |
| 14675586 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 24 2024 00:08:00 | Carrington Mortgage Services, PO box 5001, Westfield, IN 46074 |
| 14675587 | ^ | MEBN | Jul 24 2024 00:00:20 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14675588 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2024 00:36:45 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14675591 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2024 00:25:24 | CITIBANK, 701 E 60TH ST N, Sioux Falls, SD 57104-0432 |
| 14661582 | | Email/Text: cfcbackoffice@contfinco.com | Jul 24 2024 00:08:00 | Mabt/contfin, Pob 8099, Newark, DE 19714 |
| 14661570 | | Email/Text: ebnnotifications@creditacceptance.com | Jul 24 2024 00:08:00 | Credit Acceptance, Silver Triangle Bldg, 25505 West 12th Mile RD, Southfield, MI 48034 |
| 14709022 | + | Email/Text: ebnjts@grblaw.com | Jul 24 2024 00:08:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14675594 | + | Email/Text: documentfiling@lciinc.com | Jul 24 2024 00:08:00 | Comcast, Po Box 3001, Southeastern, PA 19398-3001 |
| 14709059 | + | Email/Text: ebnjts@grblaw.com | Jul 24 2024 00:08:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14661569 | + | Email/Text: mklemm@co.crawford.pa.us | Jul 24 2024 00:09:00 | Crawford County Tax Claim Bureau, 903 Diamond Square, Meadville, PA 16335-2694 |
| 14661571 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 24 2024 00:08:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 14662297 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 24 2024 00:08:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14661572 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 24 2024 00:25:08 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14675602 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 24 2024 00:09:00 | Duquesne Light Company, c/o Allison Carr, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 14661573 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 24 2024 00:09:00 | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 14661575 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 24 2024 00:08:00 | First Nationl Bank Of Pa, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14675607 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 24 2024 00:08:00 | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |

Case 17-22920-JCM  Doc 218  Filed 07/25/24  Entered 07/26/24 00:29:44  Desc
Imaged Certificate of Notice   Page 5 of 9

| District/off: 0315-2 | User: auto | Page 4 of 8 |
|---|---|---|
| Date Rcvd: Jul 23, 2024 | Form ID: pdf900 | Total Noticed: 150 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14661576 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 24 2024 00:23:12 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14675609 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 24 2024 00:24:22 | GE Capital, P.O. Box 981064, El Paso, TX 79998-1064 |
| 14675612 | + | Email/Text: ebnjts@grblaw.com | Jul 24 2024 00:08:00 | Goehring, Rutter & Boehm, 437 Grant Street 14th FL, Pittsburgh, PA 15219-6107 |
| 14661577 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2024 00:36:45 | Goodyr/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14675615 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jul 24 2024 00:08:00 | Hsbc Bank, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14661578 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 24 2024 00:08:00 | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14661580 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 24 2024 00:08:00 | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 14852933 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 24 2024 00:09:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14675589 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 24 2024 00:23:12 | Chase Bank, PO Box 15298, Wilmington, DE 19850 |
| 14675590 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 24 2024 00:23:29 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14855688 | + | Email/Text: Bankruptcy@keystonecollects.com | Jul 24 2024 00:08:00 | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14675662 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Jul 24 2024 00:08:00 | State Farm, 112 E. Washington Street, DTB 8, Bloomington, IL 61701 |
| 14735354 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2024 00:23:14 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14675624 | + | Email/Text: bankruptcy@affglo.com | Jul 24 2024 00:09:00 | Leading Edge Recovery, PO Box 129, Linden, MI 48451-0129 |
| 14745755 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 24 2024 00:24:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14675626 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 24 2024 00:24:22 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14675630 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jul 24 2024 00:08:00 | Orchard Bank, PO Box 17051, Baltimore, MD 21297-1051 |
| 14661583 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 24 2024 00:08:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14661589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 24 2024 00:35:47 | Portfolio Rc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14708126 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 24 2024 00:36:51 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14662539 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 24 2024 00:24:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14661584 | | Email/Text: BankruptcyEast@firstenergycorp.com | Jul 24 2024 00:08:00 | Penelec, 76 South Main Street, A-RPC, Akron, OH 44308-1890 |
| 14661586 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 24 2024 00:09:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14671843 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 24 2024 00:09:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14738806 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

Case 17-22920-JCM    Doc 218    Filed 07/25/24    Entered 07/26/24 00:29:44    Desc
Imaged Certificate of Notice    Page 6 of 9

| District/off: 0315-2 | User: auto | Page 5 of 8 |
|---|---|---|
| Date Rcvd: Jul 23, 2024 | Form ID: pdf900 | Total Noticed: 150 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 24 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14678573 | + | Email/Text: ebnpeoples@grblaw.com | Jul 24 2024 00:08:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14709058 | + | Email/Text: ebnpwsa@grblaw.com | Jul 24 2024 00:08:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14661590 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 24 2024 00:23:24 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14716693 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 24 2024 00:09:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14661591 | + | Email/Text: ecfbankruptcy@progleasing.com | Jul 24 2024 00:09:00 | Prog Leasing, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14675645 | + | Email/Text: ecfbankruptcy@progleasing.com | Jul 24 2024 00:09:00 | Progressive, 11629 S. 700 E, Suite 100, Draper, UT 84020-8377 |
| 14688875 | + | Email/Text: rfall@rrblaw.com | Jul 24 2024 00:09:00 | Raphael, Ramsden & Behers, 437 Grant Street, Suite 1200, Pittsburgh, PA 15219-6100 |
| 14675649 | + | Email/Text: Supportservices@receivablesperformance.com | Jul 24 2024 00:09:00 | Receivables Performance, 20816 44th Avenue W, Lynnwood, WA 98036-7744 |
| 14661593 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 24 2024 00:08:00 | Rushmore Loan Mgmt Ser, 15480 Laguna Canyon Rd S, Irvine, CA 92618-2132 |
| 14673020 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 24 2024 00:09:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14675661 | | Email/Text: amieg@stcol.com | Jul 24 2024 00:08:00 | State Collection Service, 2509 S Stoughton Rd, Madison, WI 53716 |
| 14675655 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 24 2024 00:25:30 | Sams Club, PO Box 530981, Atlanta, GA 30353-0981 |
| 14675656 | + | Email/Text: DeftBkr@santander.us | Jul 24 2024 00:08:00 | Santander Bank, 525 Lancaster Avenue, Reading, PA 19611-1669 |
| 14661594 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 24 2024 00:09:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14675660 | + | Email/Text: DeftBkr@santander.us | Jul 24 2024 00:08:00 | Soverign Bank, 601 Penn Street, Reading, PA 19601-3544 |
| 14661596 | + | Email/Text: ebnjts@grblaw.com | Jul 24 2024 00:08:00 | Sto-Rox SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14661597 | + | Email/Text: bankruptcy@sw-credit.com | Jul 24 2024 00:09:00 | Sw Crdt Sys, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14675668 | + | Email/Text: bnc-thebureaus@quantum3group.com | Jul 24 2024 00:08:00 | The Bureaus, 1717 Central Street, Evanston, IL 60201-1507 |
| 14675670 | + | Email/Text: famc-bk@1stassociates.com | Jul 24 2024 00:09:00 | Total Card Inc., PO Box 89725, Sioux Falls, SD 57109-9725 |
| 14675673 | + | Email/Text: bankruptcy@ups.com | Jul 24 2024 00:09:00 | UPS, PO Box 7247-0244, Philadelphia, PA 19170-0001 |
| 14709777 | | Email/PDF: ebn_ais@aisinfo.com | Jul 24 2024 00:24:28 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14661599 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 24 2024 00:08:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14675677 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 24 2024 00:08:00 | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |

| District/off: 0315-2 | User: auto | Page 6 of 8 |
|---|---|---|
| Date Rcvd: Jul 23, 2024 | Form ID: pdf900 | Total Noticed: 150 |

| | | | | |
|---|---|---|---|---|
| 14661600 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 24 2024 00:08:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14734977 | + | Email/Text: rmcbknotices@wm.com | Jul 24 2024 00:09:00 | Waste Management, 2625 W. Grandview Rd #150, Phoenix, AZ 85023-3109 |
| 14672015 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 24 2024 00:24:14 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 14661601 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 24 2024 00:25:15 | Wells Fargo Bank, N.A, PO Box 19657, Irvine, CA 92623-9657 |
| 14661602 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 24 2024 00:24:27 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, Minneapolis, MN 55426-4938 |
| 14692672 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 24 2024 00:23:47 | Wells Fargo Bank, N.A. - Wells Fargo Auto Finance, 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14661603 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 24 2024 00:56:33 | Wfds, Po Box 1697, Winterville, NC 28590-1697 |
| 14675687 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 24 2024 00:08:00 | Worlds Financial Bank, PO Box 182273, Columbus, OH 43218-2273 |

TOTAL: 88

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Argolica LLC |
| cr | | CARRINGTON MORTGAGE SERVICES, LLC, ET AL |
| cr | | Duquesne Light Company |
| cr | | Sto-Rox School District C/O Weiss Burkardt Kramer,, 445 Fort Pitt Blvd Suite 503, Pittsburgh |
| cr | | Wilmington Savings Fund Society, Et Al... |
| cr | | Wilmington Savings Fund Society, FSB, Et Al... |
| 14675610 | | Gettington Credit, PO Box 166, NJ 07171 |
| cr | *+ | Borough of McKees Rocks, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Wells Fargo Bank, N.A. - Wells Fargo Auto Finance, 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14675576 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Am Honda Fin, 201 Little Falls Dr, Wilmington, DE 19808 |
| 14675578 | *+ | AT&T Mobility II LLC, % AT&T Services, Inc, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 14675580 | *+ | Borough of McKees Rocks, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14675582 | *+ | Bridgecrest Credit Company,LLC, PO BOX 29018, Phoenix, AZ 85038-9018 |
| 14675584 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14675686 | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Wilmington Savings Fund Society, 1600 South Douglas Road, Anaheim, CA 92806 |
| 14675625 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Mabt/contfin, Pob 8099, Newark, DE 19714 |
| 14675595 | *+ | County of Allegheny, C/O Jordan Tax Service, Inc., PO Box 200, Bethel Park, PA 15102-0200 |
| 14675596 | *+ | Crawford County Tax Claim Bureau, 903 Diamond Square, Meadville, PA 16335-2694 |
| 14675597 | *+ | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 14675598 | *+ | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14675606 | *+ | Fid Info Crp, Po Box 49938, Los Angeles, CA 90049-0938 |
| 14675608 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14675613 | *+ | Goodyr/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14675616 | *+ | HSBC Bank, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 14675617 | *+ | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14661581 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14675620 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14675619 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |

| District/off: 0315-2 | User: auto | Page 7 of 8 |
|---|---|---|
| Date Rcvd: Jul 23, 2024 | Form ID: pdf900 | Total Noticed: 150 |

| | | |
|---|---|---|
| 14661579 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 14675618 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 14675631 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14675640 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Rc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14675634 | * | Penelec, 76 South Main Street, A-RPC, Akron, OH 44308-1890 |
| 14675635 | *+ | Penelec, 331 Newman Springs Rd., Building 3, Red Bank, NJ 07701-5688 |
| 14675637 | *+ | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14675638 | *+ | Peoples Gas Bankruptcy Department, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14675639 | * | Pittsburgh Water & Sewer Authority, Jeffrey R. Hunt, Esquire, Goehring, Rutter & Boehm Frick Bulding, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 14675641 | *+ | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14675644 | *+ | Prog Leasing, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14675648 | * | Raphel, Ramsden & Behers, 437 Grant Street, 1200 Frick Building, Pittsburgh, PA 15219 |
| 14675654 | *+ | Rushmore Loan Mgmt Ser, 15480 Laguna Canyon Rd S, Irvine, CA 92618-2132 |
| 14675657 | *+ | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14684760 | *+ | Sto-Rox School District, C/O Weiss Burkardt Kramer LLC, 445 Fort Pitt Blvd STE 503, Pittsburgh PA 15219-1308 |
| 14684759 | *+ | Sto-Rox School District, C/O Weiss Burkardt Kramer, LLC, 445 Fort Pitt Blvd Ste 503, Pittsburgh, PA 15219-1308 |
| 14675664 | *+ | Sto-Rox School District, c/o Weiss Burkardt Kramer, 445 Fort Pitt Boulevard, Suite 503, Pittsburgh, PA 15219-1308 |
| 14675666 | *+ | Sw Crdt Sys, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14675671 | *+ | University Of Pittsburgh Physcians, 6681 Country CLub Drive, Minneapolis, MN 55427-4601 |
| 14675676 | *+ | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14675678 | *+ | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14675682 | *+ | Wells Fargo Bank, N.A, PO Box 19657, Irvine, CA 92623-9657 |
| 14675683 | *+ | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, Minneapolis, MN 55426-4938 |
| 14675685 | *+ | Wfds, Po Box 1697, Winterville, NC 28590-1697 |
| 14675577 | ##+ | Associated Credited Services, 115 Flanders Road, Suite 140, Westborough, MA 01581-1087 |
| 14675636 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14675679 | ##+ | Veronica Griffiths, 301 West Ingomar Road, Pittsburgh, PA 15237-4935 |

TOTAL: 7 Undeliverable, 48 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2024                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank  N.A. - Wells Fargo Auto Finance brett@solomon-legal.com |
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services brett@solomon-legal.com |
| Brett A. Solomon | on behalf of Defendant Wells Fargo Bank  N.A./ Wells Fargo Auto Finance brett.solomon@solomon-legal.com |
| Brian E. Caine | on behalf of Creditor Wilmington Savings Fund Society  FSB, Et Al... bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Brian E. Caine | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 8 of 8 |
| Date Rcvd: Jul 23, 2024 | Form ID: pdf900 | Total Noticed: 150 |

|  |  |
|---|---|
|  | on behalf of Creditor Wilmington Savings Fund Society  Et Al... bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor Argolica LLC dcarlon@kmllawgroup.com |
| Francis E. Corbett | on behalf of Creditor TFT Funding  LLC fcorbett@fcorbettlaw.com, fcorbett7@gmail.com |
| Glenn R. Bartifay | on behalf of Debtor Russell S. Griffiths gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| James R. Wood | on behalf of Creditor Borough of McKees Rocks jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| Jeffrey R. Hunt | on behalf of Creditor Sto-Rox School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of McKees Rocks jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor Wilmington Savings Fund Society  FSB, Et Al... jblank@pincuslaw.com, brausch@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Laura McCurdy | on behalf of Creditor Sto-Rox School District C/O Weiss Burkardt Kramer  LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com |
| Mario J. Hanyon | on behalf of Creditor Wilmington Savings Fund Society  FSB, Et Al... wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Plaintiff Russell S. Griffiths ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Robert P. Wendt | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC, ET AL pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 24