Certificate Number: 20611-PAW-DE-038800556

Bankruptcy Case Number: 17-22920



20611-PAW-DE-038800556

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>August 24, 2024</u>, at <u>9:15</u> o'clock <u>PM EDT</u>, <u>Russell S Griffiths</u> completed a course on personal financial management given <u>by internet</u> by <u>Ronda J. Winnecour, Chapter 13 Standing Trustee</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>August 25, 2024</u>              By:    <u>/s/Consuelo V Gerhardt</u>

                                         Name:  <u>Consuelo V Gerhardt</u>

                                         Title: <u>Financial Educator</u>