UNITED STATES BANKRUPTCY COURT

Western District Of Pennsylvania

| | |
|---|---|
| IN RE: | CASE NO: 1722920 |
| RUSSELL S GRIFFITHS | CHAPTER 13 |

Debtor (s)

SSN/Tax ID: 6681
Employer ID:

### NOTICE OF CLAIM SATISFACTION

As to Claim 13 filed on 09/14/2017, Wells Fargo Bank, N.A. - Wells Fargo Auto Finance ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee.

/s/ Ivory L. Weinman
Ivory L. Weinman
Bankruptcy Specialist
Wells Fargo Auto Finance
435 Ford Road, Suite 300
Saint Louis Park, MN 55426-4938
1-866-429-7099