UNITED STATES BANKRUPTCY COURT

Western District Of Pennsylvania

| | |
|---|---|
| IN RE: | CASE NO: 1722920 |
| RUSSELL S GRIFFITHS | CHAPTER 13 |
| Debtor (s) | Related to:  Document No. 232 |
| SSN/Tax ID: 6681 | |
| Employer ID: | |

### NOTICE OF CLAIM SATISFACTION

As to Claim 13 filed on 09/14/2017, Wells Fargo Bank, N.A. - Wells Fargo Auto Finance ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim.  Wells Fargo requests no further disbursements be made on this claim by the Chapter  13 Trustee.

/s/ Ivory L. Weinman
Ivory L. Weinman
Bankruptcy Specialist
Wells Fargo Auto Finance
435 Ford Road, Suite 300
Saint Louis Park, MN 55426-4938
1-866-429-7099

SO ORDERED.

Dated:  September 26, 2024

John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
9/26/24 8:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22920-JCM |
| Russell S. Griffiths | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 26, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Russell S. Griffiths, 9812 Woodland Road North, Pittsburgh, PA 15237-4322 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14692672 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 27 2024 00:26:08 | Wells Fargo Bank, N.A. - Wells Fargo Auto Finance, 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Wells Fargo Bank, N.A. - Wells Fargo Auto Finance, 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2024                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | |
| | on behalf of Creditor Wells Fargo Bank  N.A. - Wells Fargo Auto Finance brett@solomon-legal.com |
| Brett A. Solomon | |
| | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services brett@solomon-legal.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Sep 26, 2024 | Form ID: pdf900 | Total Noticed: 2 |

Brett A. Solomon
    on behalf of Defendant Wells Fargo Bank N.A./ Wells Fargo Auto Finance brett.solomon@solomon-legal.com

Brian E. Caine
    on behalf of Creditor Wilmington Savings Fund Society Et Al... bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Brian E. Caine
    on behalf of Creditor Wilmington Savings Fund Society FSB, Et Al... bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Charles Griffin Wohlrab
    on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Denise Carlon
    on behalf of Creditor Argolica LLC dcarlon@kmllawgroup.com

Francis E. Corbett
    on behalf of Creditor TFT Funding LLC fcorbett@fcorbettlaw.com, fcorbett7@gmail.com

Glenn R. Bartifay
    on behalf of Debtor Russell S. Griffiths gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
    on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

James R. Wood
    on behalf of Creditor Borough of McKees Rocks jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of McKees Rocks jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Sto-Rox School District jhunt@grblaw.com

Jerome B. Blank
    on behalf of Creditor Wilmington Savings Fund Society FSB, Et Al... jblank@pincuslaw.com, brausch@pincuslaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Laura McCurdy
    on behalf of Creditor Sto-Rox School District C/O Weiss Burkardt Kramer LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com

Mario J. Hanyon
    on behalf of Creditor Wilmington Savings Fund Society FSB, Et Al... wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
    on behalf of Plaintiff Russell S. Griffiths ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Robert P. Wendt
    on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC, ET AL pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 25