Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Russell S. Griffiths** | : | Case No. 17−22920−JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 236 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 12/17/24 at 10:30 AM |
| | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 25th of October, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 236 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before December 9, 2024**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on **December 17, 2024 at 10:30 AM** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____

John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22920-JCM |
| Russell S. Griffiths | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 8 |
| Date Rcvd: Oct 25, 2024 | Form ID: 300b | Total Noticed: 151 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Russell S. Griffiths, 9812 Woodland Road North, Pittsburgh, PA 15237-4322 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| cr | + | Sto-Rox School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | TFT Funding, LLC, P.O. Box 2121, Lower Burrell, PA 15068-1521 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14661562 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, Am Honda Fin, 201 Little Falls Dr, Wilmington, DE 19808 |
| 14675573 | + | Allegheny Clinic, 133 Church Hill Rd, Mc Kees Rocks, PA 15136-3279 |
| 14661561 | + | Allegheny Co Fam Div, 414 Grant St, Pittsburgh, PA 15219-2409 |
| 14675574 | + | Allegheny Health Network, 12311 Perry Highway, Wexford, PA 15090-8344 |
| 14675575 | + | Allegheny Imaging, PO Box 1198, Somerset, PA 15501-0336 |
| 15524303 | | Argolica, LLC, c/o Land Home Financial Services, ATTN: Payment Processing, PO Box 25164, Santa Ana, CA 92799-5164 |
| 14675581 | + | Borough Of McKees Rocks, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14686749 | + | Borough of McKees Rocks, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14675593 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, P.O. Box 117, Columbus, OH 43216 |
| 14675599 | + | CREDIT PROTECTION ASSOC, 13355 NOEL RDSTE 2100, Dallas, TX 75240-6837 |
| 14675583 | | Cambridge Twp Tax Collector, 21876 Walters Road, Flinton, PA 16640 |
| 14675592 | + | City Of Pittsburgh, C/O Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 14661568 | + | County of Allegheny, C/O Jordan Tax Service, Inc., PO Box 200, Bethel Park, PA 15102-0200 |
| 14675600 | | Department Of Finance, 1st Floor City County Building, Pittsburgh, PA 15219 |
| 14675601 | + | Diversified Consultants, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14675603 | + | Encircle Check Cpllections, One Encircle Plaza, 1691 NW 107th Avenue, Miami, FL 33172-2707 |
| 14675604 | + | Enhanced Recovery, 10550 Deerwood Park Boulevard, Suite 600, Jacksonville, FL 32256-2811 |
| 14675605 | + | Enterprise, 4489 Campbells Run Road, Pittsburgh, PA 15205-1311 |
| 14661574 | + | Fid Info Crp, Po Box 49938, Los Angeles, CA 90049-0938 |
| 14675611 | + | Giant Eagle, 101 Kappa Drive, Pittsburgh, PA 15238-2833 |
| 14675614 | + | Hickory Hills Apartments, 100 Arthur Dr, Wexford, PA 15090-9667 |
| 14675621 | | Jordan Tax Service, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 14675622 | + | Keystone Collections, PO Box 509, Irwin, PA 15642-0509 |
| 14675623 | + | Kimberly Rav MD, 4290 William Penn Highway, Allison Park, PA 15101-1443 |
| 14675624 | + | Leading Edge Recovery, PO Box 129, Linden, MI 48451-0129 |
| 14675627 | + | MTSA, 418 Arcadia Drive, Pittsburgh, PA 15237-5557 |
| 14700612 | + | McCandless Township Sanitary Authority, 418 Arcadia Drive, Pittsburgh, PA 15237-5597 |
| 14675628 | + | National Payment Solutions, 5650 Whiteville Road, Suite 210, Columbus, GA 31904-3445 |
| 14675629 | + | North Park Urgent Care, 1012 Water Street, Meadville, PA 16335-3468 |
| 14675646 | + | PWSA, 441 Smithfield Street, Pittsburgh, PA 15222-2216 |
| 14675632 | + | Panta-Allegheny Clinic, 3447 Forbes Avenue, Pittsburgh, PA 15213-3212 |
| 14675633 | + | Parker McCay, 9000 Midlantic Drive, Mount Laurel, NJ 08054-1539 |
| 14661585 | + | Penelec, 331 Newman Springs Rd., Building 3, Red Bank, NJ 07701-5688 |
| 14661587 | + | Peoples Gas Bankruptcy Department, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |

| District/off: 0315-2 | User: auto | Page 2 of 8 |
|---|---|---|
| Date Rcvd: Oct 25, 2024 | Form ID: 300b | Total Noticed: 151 |

| | | |
|---|---|---|
| 14661588 | | Pittsburgh Water & Sewer Authority, Jeffrey R. Hunt, Esquire, Goehring, Rutter & Boehm Frick Bulding, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 14675642 | | Portnoff Law Associates, PO Box 3020, Norristown, PA 19404-3020 |
| 14675643 | | Professional Dental Alliance, PO Box 713770, Norfolk, VA 23541 |
| 14675647 | + | Quest Diagnostics, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 14675651 | + | RMCB, 4 westcgester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 14675652 | + | RMS, PO Box 361595, Columbus, OH 43236-1595 |
| 14661592 | | Raphel, Ramsden & Behers, 437 Grant Street, 1200 Frick Building, Pittsburgh, PA 15219 |
| 14675650 | + | Record Reproduction Service Inc, 895 William Pitt Way, Suite A122, Pittsburgh, PA 15238-1334 |
| 14675653 | + | Robert Pierce & Associates, 2500 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219-1945 |
| 14675658 | + | School District Of Pittsburgh, C/O Jordan Tax, PO Box 200, Bethel Park, PA 15102-0200 |
| 14675659 | + | Sovereign Bank, PO Box 798, Reading, PA 19607-0798 |
| 14675663 | + | Stewart Chiropractic Clinic, 2022 Mount Troy Road, Pittsburgh, PA 15212-1318 |
| 14661595 | + | Sto-Rox School District, c/o Weiss Burkardt Kramer, 445 Fort Pitt Boulevard, Suite 503, Pittsburgh, PA 15219-1308 |
| 14708979 | + | Sto-Rox School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14675665 | + | Sto-Rox School District, c/o Jordan Tax, 102 Rahway, McMurray, PA 15317-3349 |
| 14675667 | + | TFT Funding, c/o Francis E. Corbett, Mitchell Building707, 304 Ross St., Pittsburgh, PA 15219-2124 |
| 14675669 | + | The Club At North Hills, PO Box 1660, Pittsford, NY 14534-8315 |
| 14675672 | | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |
| 14675674 | + | US Airway Dividend Credit, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14661598 | + | University Of Pittsburgh Physcians, 6681 Country CLub Drive, Minneapolis, MN 55427-4601 |
| 14675675 | + | Vangroff Williams Inc,, PO Box 4155, Sarasota, FL 34230-4155 |
| 14675680 | | Waste Management, PO Box 13577, Philadelphia, PA 19101-3577 |
| 14675681 | + | Weis Burkhardt, 445 Fort Pitt Blvd, Suite 503, Pittsburgh, PA 15219-1308 |
| 14675684 | | West View Water, PO Box 2747107, Pittsburgh, PA 15214 |
| 14741330 | + | Wilmington Savings Fund Society, et al, Carrington Mortgage Services, LLC, P.O. Box 3730, Santa Ana, CA 92703-0730 |

TOTAL: 64

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 26 2024 01:00:00 | Borough of McKees Rocks, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 26 2024 01:00:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 26 2024 01:00:00 | County of Allegheny, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Oct 26 2024 01:00:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 26 2024 01:00:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14661563 | + | Email/Text: g17768@att.com | Oct 26 2024 01:00:00 | AT&T Mobility II LLC, % AT&T Services, Inc, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 14740293 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2024 00:57:05 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14675579 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 26 2024 01:08:00 | BARCLAYS BANK DELAWARE, PO Box 8803, Wilmington, DE 19899-8803 |
| 14661564 | + | Email/Text: ebnjts@grblaw.com | Oct 26 2024 01:00:00 | Borough of McKees Rocks, c/o Goehring Rutter & |

| Recipient | Notice Method | Date/Time | Address |
|---|---|---|---|
| | | | Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14708978 | + Email/Text: ebnjts@grblaw.com | Oct 26 2024 01:00:00 | Borough of McKees Rocks, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14661565 | + Email/Text: rm-bknotices@bridgecrest.com | Oct 26 2024 01:10:00 | Bridgecrest Credit Company,LLC, PO BOX 29018, Phoenix, AZ 85038-9018 |
| 14661566 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2024 00:57:03 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14661604 | Email/Text: BKBCNMAIL@carringtonms.com | Oct 26 2024 00:59:00 | Wilmington Savings Fund Society, 1600 South Douglas Road, Anaheim, CA 92806 |
| 14675585 | Email/Text: BKBCNMAIL@carringtonms.com | Oct 26 2024 00:59:00 | Carrington Mortgage, 1600 S Douglass Rd Ste 2, Anaheim, CA 92806 |
| 14661567 | Email/Text: BKBCNMAIL@carringtonms.com | Oct 26 2024 00:59:00 | Carrington Mortgage Se, 1600 S Douglass Rd Ste 2, Anaheim, CA 92806 |
| 14675586 | Email/Text: BKBCNMAIL@carringtonms.com | Oct 26 2024 00:59:00 | Carrington Mortgage Services, PO box 5001, Westfield, IN 46074 |
| 14675587 | ^ MEBN | Oct 26 2024 00:05:36 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14675588 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2024 00:57:29 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14675591 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2024 00:32:46 | CITIBANK, 701 E 60TH ST N, Sioux Falls, SD 57104-0432 |
| 14661582 | Email/Text: cfcbackoffice@contfinco.com | Oct 26 2024 01:08:00 | Mabt/contfin, Pob 8099, Newark, DE 19714 |
| 14661570 | Email/Text: ebnnotifications@creditacceptance.com | Oct 26 2024 00:59:00 | Credit Acceptance, Silver Triangle Bldg, 25505 West 12th Mile RD, Southfield, MI 48034 |
| 14709022 | + Email/Text: ebnjts@grblaw.com | Oct 26 2024 01:00:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14675594 | + Email/Text: documentfiling@lciinc.com | Oct 26 2024 00:59:00 | Comcast, Po Box 3001, Southeastern, PA 19398-3001 |
| 14709059 | + Email/Text: ebnjts@grblaw.com | Oct 26 2024 01:00:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14661569 | + Email/Text: mklemm@co.crawford.pa.us | Oct 26 2024 01:09:00 | Crawford County Tax Claim Bureau, 903 Diamond Square, Meadville, PA 16335-2694 |
| 14661571 | + Email/Text: ebnnotifications@creditacceptance.com | Oct 26 2024 00:59:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 14662297 | + Email/Text: ebnnotifications@creditacceptance.com | Oct 26 2024 00:59:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14661572 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 26 2024 00:33:17 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14675602 | + Email/Text: kburkley@bernsteinlaw.com | Oct 26 2024 01:10:00 | Duquesne Light Company, c/o Allison Carr, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 14661573 | + Email/Text: kburkley@bernsteinlaw.com | Oct 26 2024 01:10:00 | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 14661575 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 26 2024 01:00:00 | First Nationl Bank Of Pa, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14675607 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 26 2024 01:00:00 | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14661576 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 26 2024 00:32:45 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14675609 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2024 00:33:10 | GE Capital, P.O. Box 981064, El Paso, TX 79998-1064 |
| 14675612 | + | Email/Text: ebnjts@grblaw.com | Oct 26 2024 01:00:00 | Goehring, Rutter & Boehm, 437 Grant Street 14th FL, Pittsburgh, PA 15219-6107 |
| 14661577 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2024 00:55:14 | Goodyr/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14675615 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Oct 26 2024 00:59:00 | Hsbc Bank, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14661578 | + | Email/Text: Bankruptcy@ICSystem.com | Oct 26 2024 01:08:00 | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14661580 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2024 01:08:00 | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 14852933 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 26 2024 01:09:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14675589 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2024 00:33:14 | Chase Bank, PO Box 15298, Wilmington, DE 19850 |
| 14675590 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2024 00:31:46 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14855688 | + | Email/Text: Bankruptcy@keystonecollects.com | Oct 26 2024 01:08:00 | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14675662 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Oct 26 2024 01:00:00 | State Farm, 112 E. Washington Street, DTB 8, Bloomington, IL 61701 |
| 14735354 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2024 00:56:29 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745755 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 26 2024 00:31:33 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14675626 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 26 2024 00:33:25 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14675630 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Oct 26 2024 00:59:00 | Orchard Bank, PO Box 17051, Baltimore, MD 21297-1051 |
| 14661583 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2024 01:09:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14661589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2024 00:32:08 | Portfolio Rc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14708126 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2024 00:32:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14662539 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2024 00:33:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14661584 | | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 26 2024 01:08:00 | Penelec, 76 South Main Street, A-RPC, Akron, OH 44308-1890 |
| 14661586 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 26 2024 01:09:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14671843 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 26 2024 01:09:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14738806 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2024 01:09:00 | Pennsylvania Department of Revenue, Bankruptcy |

| | | | | |
|---|---|---|---|---|
| | | | | Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14678573 | + | Email/Text: ebnpeoples@grblaw.com | Oct 26 2024 01:00:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14709058 | + | Email/Text: ebnpwsa@grblaw.com | Oct 26 2024 01:00:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14661590 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2024 00:56:45 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14716693 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 26 2024 01:09:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14661591 | + | Email/Text: ecfbankruptcy@progleasing.com | Oct 26 2024 01:09:00 | Prog Leasing, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14675645 | + | Email/Text: ecfbankruptcy@progleasing.com | Oct 26 2024 01:09:00 | Progressive, 11629 S. 700 E, Suite 100, Draper, UT 84020-8377 |
| 14688875 | + | Email/Text: rfall@rrblaw.com | Oct 26 2024 01:09:00 | Raphael, Ramsden & Behers, 437 Grant Street, Suite 1200, Pittsburgh, PA 15219-6100 |
| 14675649 | + | Email/Text: Supportservices@receivablesperformance.com | Oct 26 2024 01:10:00 | Receivables Performance, 20816 44th Avenue W, Lynnwood, WA 98036-7744 |
| 14661593 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 26 2024 01:07:00 | Rushmore Loan Mgmt Ser, 15480 Laguna Canyon Rd S, Irvine, CA 92618-2132 |
| 14673020 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 26 2024 01:09:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14675661 | | Email/Text: amieg@stcol.com | Oct 26 2024 00:59:00 | State Collection Service, 2509 S Stoughton Rd, Madison, WI 53716 |
| 14675655 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2024 00:33:24 | Sams Club, PO Box 530981, Atlanta, GA 30353-0981 |
| 14675656 | + | Email/Text: DeftBkr@santander.us | Oct 26 2024 01:09:00 | Santander Bank, 525 Lancaster Avenue, Reading, PA 19611-1669 |
| 14661594 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 26 2024 01:09:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14675660 | + | Email/Text: DeftBkr@santander.us | Oct 26 2024 01:09:00 | Soverign Bank, 601 Penn Street, Reading, PA 19601-3544 |
| 14661596 | + | Email/Text: ebnjts@grblaw.com | Oct 26 2024 01:00:00 | Sto-Rox SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14661597 | + | Email/Text: bankruptcy@sw-credit.com | Oct 26 2024 01:09:00 | Sw Crdt Sys, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14675668 | + | Email/Text: bnc-thebureaus@quantum3group.com | Oct 26 2024 01:08:00 | The Bureaus, 1717 Central Street, Evanston, IL 60201-1507 |
| 14675670 | + | Email/Text: famc-bk@1stassociates.com | Oct 26 2024 01:09:00 | Total Card Inc., PO Box 89725, Sioux Falls, SD 57109-9725 |
| 14675673 | + | Email/Text: bankruptcy@ups.com | Oct 26 2024 01:10:00 | UPS, PO Box 7247-0244, Philadelphia, PA 19170-0001 |
| 14709777 | | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2024 01:19:14 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14661599 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 26 2024 00:59:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14675677 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 26 2024 00:59:00 | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |

Case 17-22920-JCM    Doc 238    Filed 10/27/24    Entered 10/28/24 00:29:57    Desc
Imaged Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: auto | Page 6 of 8 |
|---|---|---|
| Date Rcvd: Oct 25, 2024 | Form ID: 300b | Total Noticed: 151 |

| 14661600 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Oct 26 2024 00:59:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14734977 | + | Email/Text: rmcbknotices@wm.com | | |
| | | | Oct 26 2024 01:10:00 | Waste Management, 2625 W. Grandview Rd #150, Phoenix, AZ 85023-3109 |
| 14672015 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Oct 26 2024 00:55:16 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 14661601 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Oct 26 2024 00:57:05 | Wells Fargo Bank, N.A, PO Box 19657, Irvine, CA 92623-9657 |
| 14661602 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Oct 26 2024 01:19:02 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, Minneapolis, MN 55426-4938 |
| 14692672 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Oct 26 2024 00:56:54 | Wells Fargo Bank, N.A. - Wells Fargo Auto Finance, 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14661603 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Oct 26 2024 00:57:05 | Wfds, Po Box 1697, Winterville, NC 28590-1697 |
| 14675687 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Oct 26 2024 01:09:00 | Worlds Financial Bank, PO Box 182273, Columbus, OH 43218-2273 |

TOTAL: 87

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Argolica LLC |
| cr | | CARRINGTON MORTGAGE SERVICES, LLC, ET AL |
| cr | | Duquesne Light Company |
| cr | | Sto-Rox School District C/O Weiss Burkardt Kramer,, 445 Fort Pitt Blvd Suite 503, Pittsburgh |
| cr | | Wilmington Savings Fund Society, Et Al... |
| cr | | Wilmington Savings Fund Society, FSB, Et Al... |
| 14675610 | | Gettington Credit, PO Box 166, NJ 07171 |
| cr | *+ | Borough of McKees Rocks, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Wells Fargo Bank, N.A. - Wells Fargo Auto Finance, 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14675576 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Am Honda Fin, 201 Little Falls Dr, Wilmington, DE 19808 |
| 14675578 | *+ | AT&T Mobility II LLC, % AT&T Services, Inc, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 14675580 | *+ | Borough of McKees Rocks, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14675582 | *+ | Bridgecrest Credit Company,LLC, PO BOX 29018, Phoenix, AZ 85038-9018 |
| 14675584 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14675686 | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Wilmington Savings Fund Society, 1600 South Douglas Road, Anaheim, CA 92806 |
| 14675625 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Mabt/contfin, Pob 8099, Newark, DE 19714 |
| 14675595 | *+ | County of Allegheny, C/O Jordan Tax Service, Inc., PO Box 200, Bethel Park, PA 15102-0200 |
| 14675596 | *+ | Crawford County Tax Claim Bureau, 903 Diamond Square, Meadville, PA 16335-2694 |
| 14675597 | *+ | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 14675598 | *+ | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14675606 | *+ | Fid Info Crp, Po Box 49938, Los Angeles, CA 90049-0938 |
| 14675608 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14675613 | *+ | Goodyr/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14675616 | *+ | HSBC Bank, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 14675617 | *+ | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14661581 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14675620 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14675619 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |

| District/off: 0315-2 | User: auto | Page 7 of 8 |
|---|---|---|
| Date Rcvd: Oct 25, 2024 | Form ID: 300b | Total Noticed: 151 |

| | | |
|---|---|---|
| 14661579 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 14675618 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 14675631 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14675640 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Rc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14675634 | * | Penelec, 76 South Main Street, A-RPC, Akron, OH 44308-1890 |
| 14675635 | *+ | Penelec, 331 Newman Springs Rd., Building 3, Red Bank, NJ 07701-5688 |
| 14675637 | *+ | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14675638 | *+ | Peoples Gas Bankruptcy Department, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14675639 | * | Pittsburgh Water & Sewer Authority, Jeffrey R. Hunt, Esquire, Goehring, Rutter & Boehm Frick Bulding, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 14675641 | *+ | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14675644 | *+ | Prog Leasing, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14675648 | * | Raphel, Ramsden & Behers, 437 Grant Street, 1200 Frick Building, Pittsburgh, PA 15219 |
| 14675654 | *+ | Rushmore Loan Mgmt Ser, 15480 Laguna Canyon Rd S, Irvine, CA 92618-2132 |
| 14675657 | *+ | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14684760 | *+ | Sto-Rox School District, C/O Weiss Burkardt Kramer LLC, 445 Fort Pitt Blvd STE 503, Pittsburgh PA 15219-1308 |
| 14684759 | *+ | Sto-Rox School District, C/O Weiss Burkardt Kramer, LLC, 445 Fort Pitt Blvd Ste 503, Pittsburgh, PA 15219-1308 |
| 14675664 | *+ | Sto-Rox School District, c/o Weiss Burkardt Kramer, 445 Fort Pitt Boulevard, Suite 503, Pittsburgh, PA 15219-1308 |
| 14675666 | *+ | Sw Crdt Sys, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14675671 | *+ | University Of Pittsburgh Physcians, 6681 Country CLub Drive, Minneapolis, MN 55427-4601 |
| 14675676 | *+ | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14675678 | *+ | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14675682 | *+ | Wells Fargo Bank, N.A, PO Box 19657, Irvine, CA 92623-9657 |
| 14675683 | *+ | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, Minneapolis, MN 55426-4938 |
| 14675685 | *+ | Wfds, Po Box 1697, Winterville, NC 28590-1697 |
| 14675577 | ##+ | Associated Credited Services, 115 Flanders Road, Suite 140, Westborough, MA 01581-1087 |
| 14675636 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14675679 | ##+ | Veronica Griffiths, 301 West Ingomar Road, Pittsburgh, PA 15237-4935 |

TOTAL: 7 Undeliverable, 48 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Brett A. Solomon
　　on behalf of Creditor Wells Fargo Bank  N.A. - Wells Fargo Auto Finance brett@solomon-legal.com

Brett A. Solomon
　　on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services brett@solomon-legal.com

Brett A. Solomon
　　on behalf of Defendant Wells Fargo Bank  N.A./ Wells Fargo Auto Finance brett.solomon@solomon-legal.com

Brian E. Caine
　　on behalf of Creditor Wilmington Savings Fund Society  FSB, Et Al... bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 8 of 8 |
| Date Rcvd: Oct 25, 2024 | Form ID: 300b | Total Noticed: 151 |

Brian E. Caine
    on behalf of Creditor Wilmington Savings Fund Society Et Al... bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Charles Griffin Wohlrab
    on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Denise Carlon
    on behalf of Creditor Argolica LLC dcarlon@kmllawgroup.com

Francis E. Corbett
    on behalf of Creditor TFT Funding LLC fcorbett@fcorbettlaw.com, fcorbett7@gmail.com

Glenn R. Bartifay
    on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
    on behalf of Debtor Russell S. Griffiths gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

James R. Wood
    on behalf of Creditor Borough of McKees Rocks jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Jeffrey R. Hunt
    on behalf of Creditor Sto-Rox School District jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of McKees Rocks jhunt@grblaw.com

Jerome B. Blank
    on behalf of Creditor Wilmington Savings Fund Society FSB, Et Al... jblank@pincuslaw.com, brausch@pincuslaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Laura McCurdy
    on behalf of Creditor Sto-Rox School District C/O Weiss Burkardt Kramer LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com

Mario J. Hanyon
    on behalf of Creditor Wilmington Savings Fund Society FSB, Et Al... wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
    on behalf of Plaintiff Russell S. Griffiths ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Robert P. Wendt
    on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC, ET AL pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 25