**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Russell S. Griffiths<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–6681<br>EIN  __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __-_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–22920–JCM | |

## Order of Discharge                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Russell S. Griffiths

12/10/24                                                          **By the court:** John C Melaragno
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22920-JCM |
| Russell S. Griffiths | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 9 |
| Date Rcvd: Dec 10, 2024 | Form ID: 3180W | Total Noticed: 152 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

## Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Russell S. Griffiths, 9812 Woodland Road North, Pittsburgh, PA 15237-4322 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| cr | + | Sto-Rox School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | TFT Funding, LLC, P.O. Box 2121, Lower Burrell, PA 15068-1521 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14661562 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, Am Honda Fin, 201 Little Falls Dr, Wilmington, DE 19808 |
| 14675573 | + | Allegheny Clinic, 133 Church Hill Rd, Mc Kees Rocks, PA 15136-3279 |
| 14661561 | + | Allegheny Co Fam Div, 414 Grant St, Pittsburgh, PA 15219-2409 |
| 14675574 | + | Allegheny Health Network, 12311 Perry Highway, Wexford, PA 15090-8344 |
| 14675575 | + | Allegheny Imaging, PO Box 1198, Somerset, PA 15501-0336 |
| 15524303 | | Argolica, LLC, c/o Land Home Financial Services, ATTN: Payment Processing, PO Box 25164, Santa Ana, CA 92799-5164 |
| 14675581 | + | Borough Of McKees Rocks, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14686749 | + | Borough of McKees Rocks, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14675593 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, P.O. Box 117, Columbus, OH 43216 |
| 14675599 | + | CREDIT PROTECTION ASSOC, 13355 NOEL RDSTE 2100, Dallas, TX 75240-6837 |
| 14675583 | | Cambridge Twp Tax Collector, 21876 Walters Road, Flinton, PA 16640 |
| 14675592 | + | City Of Pittsburgh, C/O Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 14661568 | + | County of Allegheny, C/O Jordan Tax Service, Inc., PO Box 200, Bethel Park, PA 15102-0200 |
| 14675600 | | Department Of Finance, 1st Floor City County Building, Pittsburgh, PA 15219 |
| 14675601 | + | Diversified Consultants, PO Box 551268, Jacksonville, FL 32255-1268 |
| 14675603 | + | Encircle Check Cpllections, One Encircle Plaza, 1691 NW 107th Avenue, Miami, FL 33172-2707 |
| 14675604 | + | Enhanced Recovery, 10550 Deerwood Park Boulevard, Suite 600, Jacksonville, FL 32256-2811 |
| 14675605 | + | Enterprise, 4489 Campbells Run Road, Pittsburgh, PA 15205-1311 |
| 14661574 | + | Fid Info Crp, Po Box 49938, Los Angeles, CA 90049-0938 |
| 14675611 | + | Giant Eagle, 101 Kappa Drive, Pittsburgh, PA 15238-2833 |
| 14675614 | + | Hickory Hills Apartments, 100 Arthur Dr, Wexford, PA 15090-9667 |
| 14675621 | | Jordan Tax Service, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 14675622 | + | Keystone Collections, PO Box 509, Irwin, PA 15642-0509 |
| 14675623 | + | Kimberly Rav MD, 4290 William Penn Highway, Allison Park, PA 15101-1443 |
| 14675624 | + | Leading Edge Recovery, PO Box 129, Linden, MI 48451-0129 |
| 14675627 | + | MTSA, 418 Arcadia Drive, Pittsburgh, PA 15237-5557 |
| 14700612 | + | McCandless Township Sanitary Authority, 418 Arcadia Drive, Pittsburgh, PA 15237-5597 |
| 14675628 | + | National Payment Solutions, 5650 Whiteville Road, Suite 210, Columbus, GA 31904-3445 |
| 14675629 | + | North Park Urgent Care, 1012 Water Street, Meadville, PA 16335-3468 |
| 14675646 | + | PWSA, 441 Smithfield Street, Pittsburgh, PA 15222-2216 |
| 14675632 | + | Panta-Allegheny Clinic, 3447 Forbes Avenue, Pittsburgh, PA 15213-3212 |
| 14675633 | + | Parker McCay, 9000 Midlantic Drive, Mount Laurel, NJ 08054-1539 |
| 14661585 | + | Penelec, 331 Newman Springs Rd., Building 3, Red Bank, NJ 07701-5688 |
| 14661587 | + | Peoples Gas Bankruptcy Department, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |

Case 17-22920-JCM   Doc 242   Filed 12/12/24   Entered 12/13/24 00:33:03   Desc
Imaged Certificate of Notice   Page 4 of 11

| District/off: 0315-2 | User: auto | Page 2 of 9 |
|---|---|---|
| Date Rcvd: Dec 10, 2024 | Form ID: 3180W | Total Noticed: 152 |

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 14661588 | | Pittsburgh Water & Sewer Authority, Jeffrey R. Hunt, Esquire, Goehring, Rutter & Boehm Frick Bulding, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 14675642 | | Portnoff Law Associates, PO Box 3020, Norristown, PA 19404-3020 |
| 14675643 | | Professional Dental Alliance, PO Box 713770, Norfolk, VA 23541 |
| 14675647 | + | Quest Diagnostics, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 14675651 | + | RMCB, 4 westcgester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 14675652 | + | RMS, PO Box 361595, Columbus, OH 43236-1595 |
| 14661592 | | Raphel, Ramsden & Behers, 437 Grant Street, 1200 Frick Building, Pittsburgh, PA 15219 |
| 14675650 | + | Record Reproduction Service Inc, 895 William Pitt Way, Suite A122, Pittsburgh, PA 15238-1334 |
| 14675653 | + | Robert Pierce & Associates, 2500 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219-1945 |
| 14675658 | + | School District Of Pittsburgh, C/O Jordan Tax, PO Box 200, Bethel Park, PA 15102-0200 |
| 14675659 | + | Sovereign Bank, PO Box 798, Reading, PA 19607-0798 |
| 14675663 | + | Stewart Chiropractic Clinic, 2022 Mount Troy Road, Pittsburgh, PA 15212-1318 |
| 14661595 | + | Sto-Rox School District, c/o Weiss Burkardt Kramer, 445 Fort Pitt Boulevard, Suite 503, Pittsburgh, PA 15219-1308 |
| 14708979 | + | Sto-Rox School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14675665 | + | Sto-Rox School District, c/o Jordan Tax, 102 Rahway, McMurray, PA 15317-3349 |
| 14675667 | + | TFT Funding, c/o Francis E. Corbett, Mitchell Building707, 304 Ross St., Pittsburgh, PA 15219-2124 |
| 14675669 | + | The Club At North Hills, PO Box 1660, Pittsford, NY 14534-8315 |
| 14675672 | | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |
| 14675674 | + | US Airway Dividend Credit, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14661598 | + | University Of Pittsburgh Physcians, 6681 Country CLub Drive, Minneapolis, MN 55427-4601 |
| 14675675 | + | Vangroff Williams Inc,, PO Box 4155, Sarasota, FL 34230-4155 |
| 14675680 | | Waste Management, PO Box 13577, Philadelphia, PA 19101-3577 |
| 14675681 | + | Weis Burkhardt, 445 Fort Pitt Blvd, Suite 503, Pittsburgh, PA 15219-1308 |
| 14675684 | | West View Water, PO Box 2747107, Pittsburgh, PA 15214 |
| 14741330 | + | Wilmington Savings Fund Society, et al, Carrington Mortgage Services, LLC, P.O. Box 3730, Santa Ana, CA 92703-0730 |

TOTAL: 64

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Dec 11 2024 04:55:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 11 2024 00:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: ebnjts@grblaw.com | Dec 11 2024 00:04:00 | Borough of McKees Rocks, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + Email/Text: ebnjts@grblaw.com | Dec 11 2024 00:04:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + Email/Text: ebnjts@grblaw.com | Dec 11 2024 00:04:00 | County of Allegheny, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + Email/Text: ebnpwsa@grblaw.com | Dec 11 2024 00:04:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + Email/Text: RASEBN@raslg.com | Dec 11 2024 00:04:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14661563 | + EDI: ATTWIREBK.COM | Dec 11 2024 04:55:00 | AT&T Mobility II LLC, % AT&T Services, Inc, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |

Case 17-22920-JCM   Doc 242   Filed 12/12/24   Entered 12/13/24 00:33:03   Desc
Imaged Certificate of Notice   Page 5 of 11

| District/off: 0315-2 | User: auto | Page 3 of 9 |
|---|---|---|
| Date Rcvd: Dec 10, 2024 | Form ID: 3180W | Total Noticed: 152 |

| Recipient ID | Flag | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14740293 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2024 00:08:41 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14675579 | + | EDI: TSYS2 | Dec 11 2024 04:55:00 | BARCLAYS BANK DELAWARE, PO Box 8803, Wilmington, DE 19899-8803 |
| 14661564 | + | Email/Text: ebnjts@grblaw.com | Dec 11 2024 00:04:00 | Borough of McKees Rocks, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14708978 | + | Email/Text: ebnjts@grblaw.com | Dec 11 2024 00:04:00 | Borough of McKees Rocks, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14661565 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 11 2024 00:06:00 | Bridgecrest Credit Company,LLC, PO BOX 29018, Phoenix, AZ 85038-9018 |
| 14661566 | | EDI: CAPITALONE.COM | Dec 11 2024 04:55:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14661604 | | Email/Text: BKBCNMAIL@carringtonms.com | Dec 11 2024 00:04:00 | Wilmington Savings Fund Society, 1600 South Douglas Road, Anaheim, CA 92806 |
| 14675585 | | Email/Text: BKBCNMAIL@carringtonms.com | Dec 11 2024 00:04:00 | Carrington Mortgage, 1600 S Douglass Rd Ste 2, Anaheim, CA 92806 |
| 14661567 | | Email/Text: BKBCNMAIL@carringtonms.com | Dec 11 2024 00:04:00 | Carrington Mortgage Se, 1600 S Douglass Rd Ste 2, Anaheim, CA 92806 |
| 14675586 | | Email/Text: BKBCNMAIL@carringtonms.com | Dec 11 2024 00:04:00 | Carrington Mortgage Services, PO box 5001, Westfield, IN 46074 |
| 14675587 | ^ | MEBN | Dec 10 2024 23:59:37 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14675588 | + | EDI: CITICORP | Dec 11 2024 04:55:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14675591 | + | EDI: CITICORP | Dec 11 2024 04:55:00 | CITIBANK, 701 E 60TH ST N, Sioux Falls, SD 57104-0432 |
| 14661582 | | Email/Text: cfcbackoffice@contfinco.com | Dec 11 2024 00:05:00 | Mabt/contfin, Pob 8099, Newark, DE 19714 |
| 14661570 | | Email/Text: ebnnotifications@creditacceptance.com | Dec 11 2024 00:04:00 | Credit Acceptance, Silver Triangle Bldg, 25505 West 12th Mile RD, Southfield, MI 48034 |
| 14709022 | + | Email/Text: ebnjts@grblaw.com | Dec 11 2024 00:04:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14675594 | + | EDI: COMCASTCBLCENT | Dec 11 2024 04:55:00 | Comcast, Po Box 3001, Southeastern, PA 19398-3001 |
| 14709059 | + | Email/Text: ebnjts@grblaw.com | Dec 11 2024 00:04:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14661569 | + | Email/Text: mklemm@co.crawford.pa.us | Dec 11 2024 00:06:00 | Crawford County Tax Claim Bureau, 903 Diamond Square, Meadville, PA 16335-2694 |
| 14661571 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 11 2024 00:04:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 14662297 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 11 2024 00:04:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14661572 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 11 2024 00:08:32 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14675602 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 11 2024 00:06:00 | Duquesne Light Company, c/o Allison Carr, Bernstein Law Firm, P.C., 707 Grant St. Suite |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 14661573 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 11 2024 00:06:00 | 2200, Gulf Tower, Pittsburgh, PA 15219-1900<br>Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 14661575 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 11 2024 00:04:00 | First Nationl Bank Of Pa, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14675607 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 11 2024 00:04:00 | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14661576 | + | EDI: AMINFOFP.COM | Dec 11 2024 04:55:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14675609 | + | EDI: SYNC | Dec 11 2024 04:55:00 | GE Capital, P.O. Box 981064, El Paso, TX 79998-1064 |
| 14675612 | + | Email/Text: ebnjts@grblaw.com | Dec 11 2024 00:04:00 | Goehring, Rutter & Boehm, 437 Grant Street 14th FL, Pittsburgh, PA 15219-6107 |
| 14661577 | + | EDI: CITICORP | Dec 11 2024 04:55:00 | Goodyr/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14675615 | + | EDI: HFC.COM | Dec 11 2024 04:55:00 | Hsbc Bank, Po Box 5253, Carol Stream, IL 60197-5253 |
| 14661578 | + | EDI: LCIICSYSTEM | Dec 11 2024 04:55:00 | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14661580 | | EDI: IRS.COM | Dec 11 2024 04:55:00 | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 14852933 | | EDI: JEFFERSONCAP.COM | Dec 11 2024 04:55:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14675589 | | EDI: JPMORGANCHASE | Dec 11 2024 04:55:00 | Chase Bank, PO Box 15298, Wilmington, DE 19850 |
| 14675590 | | EDI: JPMORGANCHASE | Dec 11 2024 04:55:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14855688 | + | Email/Text: Bankruptcy@keystonecollects.com | Dec 11 2024 00:05:00 | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14675662 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Dec 11 2024 00:04:00 | State Farm, 112 E. Washington Street, DTB 8, Bloomington, IL 61701 |
| 14735354 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2024 00:08:31 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745755 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 11 2024 00:08:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14675626 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 11 2024 00:08:51 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14675630 | + | EDI: HFC.COM | Dec 11 2024 04:55:00 | Orchard Bank, PO Box 17051, Baltimore, MD 21297-1051 |
| 14661583 | | EDI: PENNDEPTREV | Dec 11 2024 04:55:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14661583 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 11 2024 00:05:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14661589 | | EDI: PRA.COM | Dec 11 2024 04:55:00 | Portfolio Rc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14708126 | | EDI: PRA.COM | Dec 11 2024 04:55:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14662539 | + | EDI: PRA.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 11 2024 04:55:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14661584 | | Email/Text: BankruptcyEast@firstenergycorp.com | Dec 11 2024 00:05:00 | Penelec, 76 South Main Street, A-RPC, Akron, OH 44308-1890 |
| 14661586 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 11 2024 00:06:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14671843 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 11 2024 00:06:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14738806 | + | EDI: PENNDEPTREV | Dec 11 2024 04:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14738806 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 11 2024 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14678573 | + | Email/Text: ebnpeoples@grblaw.com | Dec 11 2024 00:04:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14709058 | + | Email/Text: ebnpwsa@grblaw.com | Dec 11 2024 00:04:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14661590 | + | EDI: PRA.COM | Dec 11 2024 04:55:00 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14716693 | + | EDI: JEFFERSONCAP.COM | Dec 11 2024 04:55:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14661591 | + | Email/Text: ecfbankruptcy@progleasing.com | Dec 11 2024 00:06:00 | Prog Leasing, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14675645 | + | Email/Text: ecfbankruptcy@progleasing.com | Dec 11 2024 00:06:00 | Progressive, 11629 S. 700 E, Suite 100, Draper, UT 84020-8377 |
| 14688875 | + | Email/Text: rfall@rrblaw.com | Dec 11 2024 00:06:00 | Raphael, Ramsden & Behers, 437 Grant Street, Suite 1200, Pittsburgh, PA 15219-6100 |
| 14675649 | + | Email/Text: Supportservices@receivablesperformance.com | Dec 11 2024 00:06:00 | Receivables Performance, 20816 44th Avenue W, Lynnwood, WA 98036-7744 |
| 14661593 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 11 2024 00:04:00 | Rushmore Loan Mgmt Ser, 15480 Laguna Canyon Rd S, Irvine, CA 92618-2132 |
| 14673020 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 11 2024 00:06:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14675661 | | Email/Text: amieg@stcol.com | Dec 11 2024 00:04:00 | State Collection Service, 2509 S Stoughton Rd, Madison, WI 53716 |
| 14675655 | + | EDI: SYNC | Dec 11 2024 04:55:00 | Sams Club, PO Box 530981, Atlanta, GA 30353-0981 |
| 14675656 | + | Email/Text: DeftBkr@santander.us | Dec 11 2024 00:05:00 | Santander Bank, 525 Lancaster Avenue, Reading, PA 19611-1669 |
| 14661594 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 11 2024 00:06:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14675660 | + | Email/Text: DeftBkr@santander.us | Dec 11 2024 00:05:00 | Soverign Bank, 601 Penn Street, Reading, PA 19601-3544 |
| 14661596 | + | Email/Text: ebnjts@grblaw.com | Dec 11 2024 00:04:00 | Sto-Rox SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14661597 | + | Email/Text: bankruptcy@sw-credit.com | Dec 11 2024 00:06:00 | Sw Crdt Sys, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14675668 | + | EDI: Q3GTBI | | |

Case 17-22920-JCM   Doc 242   Filed 12/12/24   Entered 12/13/24 00:33:03   Desc
Imaged Certificate of Notice   Page 8 of 11

| District/off: 0315-2 | User: auto | Page 6 of 9 |
|---|---|---|
| Date Rcvd: Dec 10, 2024 | Form ID: 3180W | Total Noticed: 152 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 11 2024 04:55:00 | The Bureaus, 1717 Central Street, Evanston, IL 60201-1507 |
| 14675670 | + | EDI: TCISOLUTIONS.COM | Dec 11 2024 04:55:00 | Total Card Inc., PO Box 89725, Sioux Falls, SD 57109-9725 |
| 14675673 | + | Email/Text: bankruptcy@ups.com | Dec 11 2024 00:06:00 | UPS, PO Box 7247-0244, Philadelphia, PA 19170-0001 |
| 14709777 | | EDI: AIS.COM | Dec 11 2024 04:55:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14661599 | + | EDI: VERIZONCOMB.COM | Dec 11 2024 04:55:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14675677 | + | EDI: VERIZONCOMB.COM | Dec 11 2024 04:55:00 | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |
| 14661600 | + | EDI: VERIZONCOMB.COM | Dec 11 2024 04:55:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14734977 | + | Email/Text: rmcbknotices@wm.com | Dec 11 2024 00:06:00 | Waste Management, 2625 W. Grandview Rd #150, Phoenix, AZ 85023-3109 |
| 14672015 | | EDI: WFFC2 | Dec 11 2024 04:55:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 14661601 | + | EDI: WFFC2 | Dec 11 2024 04:55:00 | Wells Fargo Bank, N.A, PO Box 19657, Irvine, CA 92623-9657 |
| 14661602 | + | EDI: WFFC2 | Dec 11 2024 04:55:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, Minneapolis, MN 55426-4938 |
| 14692672 | + | EDI: WFFC2 | Dec 11 2024 04:55:00 | Wells Fargo Bank, N.A. - Wells Fargo Auto Finance, 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14661603 | + | EDI: WFFC2 | Dec 11 2024 04:55:00 | Wfds, Po Box 1697, Winterville, NC 28590-1697 |
| 14675687 | + | EDI: WFNNB.COM | Dec 11 2024 04:55:00 | Worlds Financial Bank, PO Box 182273, Columbus, OH 43218-2273 |

TOTAL: 91

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Argolica LLC |
| cr | | CARRINGTON MORTGAGE SERVICES, LLC, ET AL |
| cr | | Duquesne Light Company |
| cr | | Sto-Rox School District C/O Weiss Burkardt Kramer,, 445 Fort Pitt Blvd Suite 503, Pittsburgh |
| cr | | Wilmington Savings Fund Society, Et Al... |
| cr | | Wilmington Savings Fund Society, FSB, Et Al... |
| 14675610 | | Gettington Credit, PO Box 166, NJ 07171 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Borough of McKees Rocks, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Wells Fargo Bank, N.A. - Wells Fargo Auto Finance, 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14675576 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Am Honda Fin, 201 Little Falls Dr, Wilmington, DE 19808 |
| 14675578 | *+ | AT&T Mobility II LLC, % AT&T Services, Inc, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 14675580 | *+ | Borough of McKees Rocks, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14675582 | *+ | Bridgecrest Credit Company,LLC, PO BOX 29018, Phoenix, AZ 85038-9018 |
| 14675584 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14675686 | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed |

| District/off: 0315-2 | User: auto | Page 7 of 9 |
|---|---|---|
| Date Rcvd: Dec 10, 2024 | Form ID: 3180W | Total Noticed: 152 |

| | | |
|---|---|---|
| | | with court:, Wilmington Savings Fund Society, 1600 South Douglas Road, Anaheim, CA 92806 |
| 14675625 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Mabt/contfin, Pob 8099, Newark, DE 19714 |
| 14675595 | *+ | County of Allegheny, C/O Jordan Tax Service, Inc., PO Box 200, Bethel Park, PA 15102-0200 |
| 14675596 | *+ | Crawford County Tax Claim Bureau, 903 Diamond Square, Meadville, PA 16335-2694 |
| 14675597 | *+ | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 14675598 | *+ | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14675606 | *+ | Fid Info Crp, Po Box 49938, Los Angeles, CA 90049-0938 |
| 14675608 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14675613 | *+ | Goodyr/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14675616 | *+ | HSBC Bank, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 14675617 | *+ | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14661581 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14675620 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14675619 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 14661579 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 14675618 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 14675631 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14675640 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Rc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14675634 | * | Penelec, 76 South Main Street, A-RPC, Akron, OH 44308-1890 |
| 14675635 | *+ | Penelec, 331 Newman Springs Rd., Building 3, Red Bank, NJ 07701-5688 |
| 14675637 | *+ | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14675638 | *+ | Peoples Gas Bankruptcy Department, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14675639 | * | Pittsburgh Water & Sewer Authority, Jeffrey R. Hunt, Esquire, Goehring, Rutter & Boehm Frick Bulding, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 14675641 | *+ | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14675644 | *+ | Prog Leasing, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14675648 | * | Raphel, Ramsden & Behers, 437 Grant Street, 1200 Frick Building, Pittsburgh, PA 15219 |
| 14675654 | *+ | Rushmore Loan Mgmt Ser, 15480 Laguna Canyon Rd S, Irvine, CA 92618-2132 |
| 14675657 | *+ | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14684760 | *+ | Sto-Rox School District, C/O Weiss Burkardt Kramer LLC, 445 Fort Pitt Blvd STE 503, Pittsburgh PA 15219-1308 |
| 14684759 | *+ | Sto-Rox School District, C/O Weiss Burkardt Kramer, LLC, 445 Fort Pitt Blvd Ste 503, Pittsburgh, PA 15219-1308 |
| 14675664 | *+ | Sto-Rox School District, c/o Weiss Burkardt Kramer, 445 Fort Pitt Boulevard, Suite 503, Pittsburgh, PA 15219-1308 |
| 14675666 | *+ | Sw Crdt Sys, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14675671 | *+ | University Of Pittsburgh Physcians, 6681 Country CLub Drive, Minneapolis, MN 55427-4601 |
| 14675676 | *+ | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14675678 | *+ | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14675682 | *+ | Wells Fargo Bank, N.A, PO Box 19657, Irvine, CA 92623-9657 |
| 14675683 | *+ | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, Minneapolis, MN 55426-4938 |
| 14675685 | *+ | Wfds, Po Box 1697, Winterville, NC 28590-1697 |
| 14675577 | ##+ | Associated Credited Services, 115 Flanders Road, Suite 140, Westborough, MA 01581-1087 |
| 14675636 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14675679 | ##+ | Veronica Griffiths, 301 West Ingomar Road, Pittsburgh, PA 15237-4935 |

TOTAL: 7 Undeliverable, 49 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2024             Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank  N.A. - Wells Fargo Auto Finance brett@solomon-legal.com |
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services brett@solomon-legal.com |
| Brett A. Solomon | on behalf of Defendant Wells Fargo Bank  N.A./ Wells Fargo Auto Finance brett.solomon@solomon-legal.com |
| Brian E. Caine | on behalf of Creditor Wilmington Savings Fund Society  FSB, Et Al... bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Brian E. Caine | on behalf of Creditor Wilmington Savings Fund Society  Et Al... bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor Argolica LLC dcarlon@kmllawgroup.com |
| Francis E. Corbett | on behalf of Creditor TFT Funding  LLC fcorbett@fcorbettlaw.com, fcorbett7@gmail.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Russell S. Griffiths gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| James R. Wood | on behalf of Creditor Borough of McKees Rocks jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| Jeffrey R. Hunt | on behalf of Creditor Sto-Rox School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of McKees Rocks jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor Wilmington Savings Fund Society  FSB, Et Al... jblank@pincuslaw.com, brausch@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Laura McCurdy | on behalf of Creditor Sto-Rox School District C/O Weiss Burkardt Kramer  LLC. csilliman@wbklegal.com, jburkardt@wbklegal.com |
| Mario J. Hanyon | on behalf of Creditor Wilmington Savings Fund Society  FSB, Et Al... wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Plaintiff Russell S. Griffiths ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Robert P. Wendt | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC, ET AL pawb@fedphe.com |

District/off: 0315-2 User: auto Page 9 of 9
Date Rcvd: Dec 10, 2024 Form ID: 3180W Total Noticed: 152

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 25