**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>RUSSELL S GRIFFITHS<br><br>Debtor(s) | Case No. 17-22920JCM |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/19/2017.

2) The plan was confirmed on 11/21/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/20/2018, 10/24/2018, 05/10/2019, 12/06/2019, 06/23/2020, 03/29/2021, 04/13/2021.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/11/2019, 03/10/2020.

5) The case was completed on 07/30/2024.

6) Number of months from filing or conversion to last payment: 84.

7) Number of months case was pending: 89.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $13,620.41.

10) Amount of unsecured claims discharged without full payment: $131,906.50.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $120,047.83 |
| Less amount refunded to debtor | $787.17 |
| **NET RECEIPTS:** | **$119,260.66** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $9,450.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,935.07 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$15,385.07** |

Attorney fees paid and disclosed by debtor:    $800.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLEGHENY CLINIC++ | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK++ | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY IMAGING PC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT | Unsecured | 642.00 | 617.37 | 617.37 | 76.45 | 0.00 |
| ARGOLICA LLC | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ARGOLICA LLC | Unsecured | 0.00 | 0.00 | 30,834.56 | 3,818.24 | 0.00 |
| ARGOLICA LLC | Secured | 68,815.00 | 62,834.56 | 32,000.00 | 32,000.00 | 4,529.79 |
| ASHLEY FUNDING SERVICES LLC - A | Unsecured | NA | 15.00 | 15.00 | 1.86 | 0.00 |
| ASSOCIATE CREDIT SERVICES++ | Unsecured | 2,846.00 | NA | NA | 0.00 | 0.00 |
| AT & T MOBILITY II LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CAMBRIDGE TWP (RE TAX) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE** | Unsecured | 1,875.00 | NA | NA | 0.00 | 0.00 |
| CARRINGTON MORTGAGE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 128.11 | NA | NA | 0.00 | 0.00 |
| CBNA | Unsecured | 2,182.00 | NA | NA | 0.00 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURG | Secured | 3,462.69 | 6,149.88 | 6,149.88 | 6,149.88 | 3,546.23 |
| CITY & SCHOOL DIST OF PITTSBURG | Secured | 2,740.03 | 1,036.48 | 1,036.48 | 1,036.48 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURG | Priority | 0.00 | 1,833.16 | 1,833.16 | 1,833.16 | 507.09 |
| CITY & SCHOOL DIST OF PITTSBURG | Priority | 0.00 | 263.30 | 263.30 | 263.30 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURG | Priority | 0.00 | 1,105.34 | 0.00 | 0.00 | 33.50 |
| CITY & SCHOOL DIST OF PITTSBURG | Priority | 0.00 | 110.54 | 110.54 | 110.54 | 0.00 |
| CITY OF PITTSBURGH (RE) | Priority | NA | NA | NA | 0.00 | 0.00 |
| CITY OF PITTSBURGH (RE-LIBRARY) | Secured | 47.33 | NA | 47.33 | 47.33 | 28.05 |
| CLUB AT NORTH HILLS | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*) | Unsecured | 0.00 | 927.54 | 927.54 | 114.86 | 0.00 |
| COMCAST++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)* | Secured | 1,398.50 | 1,114.91 | 1,114.91 | 1,114.91 | 772.33 |
| COUNTY OF ALLEGHENY (RE TAX)* | Secured | 714.44 | 1,046.98 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)* | Secured | 0.00 | 555.77 | 555.77 | 555.77 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COUNTY OF ALLEGHENY (RE TAX)* | Priority | 0.00 | 288.06 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)* | Priority | 0.00 | 164.51 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)* | Priority | 0.00 | 477.72 | 477.72 | 477.72 | 159.81 |
| COUNTY OF ALLEGHENY (RE TAX)* | Priority | 0.00 | 326.91 | 326.91 | 326.91 | 0.00 |
| CRAWFORD COUNTY TAX CLM BURI | Secured | 309.62 | 422.23 | 0.00 | 0.00 | 0.00 |
| CRAWFORD COUNTY TAX CLM BURI | Secured | 391.96 | 509.92 | 0.00 | 0.00 | 0.00 |
| CRAWFORD COUNTY TAX CLM BURI | Secured | 4,537.39 | 4,914.86 | 0.00 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP* | Unsecured | 6,277.00 | 6,276.87 | 6,276.87 | 777.26 | 0.00 |
| CREDIT PROTECTION ASSOC++ | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| CREDITOR INFORMATION MISSING C | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS++ | Unsecured | 2,171.00 | NA | NA | 0.00 | 0.00 |
| DOMESTIC RELATIONS OBLIGATION | Priority | NA | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY(*) | Unsecured | 0.00 | 1,734.94 | 1,734.94 | 214.84 | 0.00 |
| ENCIRCLE CHECK COLLECTION INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RENT A CAR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIDELITY INFO++ | Unsecured | 4,589.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Unsecured | 0.00 | 13,492.61 | 13,492.61 | 1,670.79 | 0.00 |
| GETTINGTON CREDIT ACCOUNT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GIANT EAGLE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GOODYEAR/CBSD | Unsecured | 2,182.00 | NA | NA | 0.00 | 0.00 |
| GRB LAW | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GRB LAW | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HICKORY HILLS APTS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK++ | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC++ | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 5,361.00 | 8,360.98 | 8,360.98 | 1,035.34 | 0.00 |
| JORDAN TAX SERVICE INC** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KIMBERLY RAV MD | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| LEADING EDGE RECOVERY SOLUTIC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 462.00 | 462.87 | 462.87 | 57.32 | 0.00 |
| MABT GENESIS RETAIL | Unsecured | 729.00 | NA | NA | 0.00 | 0.00 |
| MCCANDLESS TOWNSHIP (EIT) | Priority | NA | 474.50 | 474.50 | 474.50 | 0.00 |
| MCCANDLESS TWP SANITARY AUTH | Unsecured | 330.00 | 985.33 | 985.33 | 122.01 | 0.00 |
| MCKEES ROCKS BOROUGH (RE) | Secured | 370.17 | 992.37 | 0.00 | 0.00 | 0.00 |
| MCKEES ROCKS BOROUGH (RE) | Secured | NA | 370.17 | 0.00 | 0.00 | 0.00 |
| MCKEES ROCKS BOROUGH (RE) | Secured | 0.00 | 1,143.70 | 0.00 | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 0.00 | 1,856.83 | 1,856.83 | 229.93 | 0.00 |
| MERRICK BANK | Unsecured | 2,357.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL PAYEMNT SOLUTIONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTH ALLEGHENY SD (MCCANDLE | Priority | 459.00 | 474.51 | 474.51 | 474.51 | 0.00 |
| NORTH PARK URGENT CARE | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK++ | Unsecured | 1,275.00 | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 0.00 | 268.07 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Secured | 0.00 | 1,954.47 | 1,888.30 | 1,888.30 | 408.44 |
| PA DEPARTMENT OF REVENUE* | Unsecured | 0.00 | 64.25 | 0.23 | 0.23 | 0.00 |
| PARKER MCCAY PA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PENA ALLEGHENY CLINIC++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PENELEC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PENELEC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PENN POWER/FIRST ENERGY* | Unsecured | 2,600.00 | 2,670.77 | 2,670.77 | 330.72 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | 0.00 | 4,047.92 | 4,047.92 | 501.25 | 0.00 |
| PITTSBURGH WATER & SEWER AUTH | Secured | 0.00 | 246.11 | 246.11 | 246.11 | 0.00 |
| PITTSBURGH WATER & SEWER AUTH | Secured | 0.00 | 466.10 | 466.10 | 466.10 | 0.00 |
| PITTSBURGH WATER & SEWER AUTH | Secured | 350.17 | 543.17 | 543.17 | 543.17 | 314.17 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PITTSBURGH WATER & SEWER AUTH | Secured | 1,320.32 | 1,728.45 | 1,728.45 | 1,728.45 | 996.49 |
| PITTSBURGH WATER & SEWER AUTH | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,419.00 | 1,419.33 | 1,419.33 | 175.76 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,407.00 | 1,406.58 | 1,406.58 | 174.18 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,323.00 | 1,323.10 | 1,323.10 | 163.84 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,286.00 | 1,286.10 | 1,286.10 | 159.26 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,982.00 | 2,982.39 | 2,982.39 | 369.31 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 441.00 | 441.29 | 441.29 | 54.64 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 429.00 | 429.83 | 429.83 | 53.23 | 0.00 |
| PORTNOFF LAW ASSOCIATES LTD** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 6,480.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSO | Unsecured | 651.00 | 651.08 | 651.08 | 80.62 | 0.00 |
| PROFESSIONAL DENTAL ALLIANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PROG LEASING LLC | Unsecured | 5,590.00 | 5,590.98 | 5,590.98 | 692.33 | 0.00 |
| PROGRESSIVE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTIC VENTURE LLC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RAPHAEL RAMSDEN BEHERS PC | Unsecured | 0.00 | 7,409.40 | 7,409.40 | 917.51 | 0.00 |
| RECEIVABLES PERFORMANCE MANA | Unsecured | 643.00 | NA | NA | 0.00 | 0.00 |
| RECORD REPRODUCTION SERVICE+ | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| RETRIEVAL MASTERS CREDITORS B | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RMS++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ROBERT PIERCE ESQ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RONDA J WINNECOUR TRUSTEE/CLE | Priority | NA | 0.00 | 156.57 | 156.57 | 0.00 |
| RUSHMORE LOAN MANAGEMENT SI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SAMS CLUB++ | Unsecured | 2,400.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER BANK | Secured | 52,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 15,070.44 | 15,070.44 | 15,070.44 | 15,070.44 | 1,783.51 |
| SOUTHWEST CREDIT SYSTEMS* | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS* | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| SOVEREIGN BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STEWART CHIROPRACTIC CLINIC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STO ROX SD (MCKEES ROCKS) (RE) | Secured | 913.22 | 2,490.60 | 0.00 | 0.00 | 0.00 |
| STO ROX SD (MCKEES ROCKS) (RE) | Secured | 2,236.50 | 942.21 | 0.00 | 0.00 | 0.00 |
| STO ROX SD (MCKEES ROCKS) RE | Secured | NA | 948.66 | 0.00 | 0.00 | 0.00 |
| TFT FUNDING LLC | Secured | 48,700.00 | 0.00 | 9,031.13 | 9,031.13 | 3,403.72 |
| THE BUREAUS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PITTSBURGH- PHYSI | Unsecured | 690.00 | NA | NA | 0.00 | 0.00 |
| UPMC++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UPS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US AIRWAYS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US BANK TRUST NA - OWNER TRUST | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| VENGROFF WILLIAMS & ASSOCIATE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | 1,840.00 | 1,805.41 | 1,805.41 | 223.56 | 0.00 |
| VERONICA GRIFFITHS | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| WASTE MANAGEMENT* (PMT) | Unsecured | 171.00 | 161.50 | 161.50 | 20.00 | 0.00 |
| WEISS BURKARDT KRAMER LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEISS BURKARDT KRAMER LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | 17,971.00 | 0.00 | 0.00 | 0.00 | 561.02 |
| WELLS FARGO BANK NA | Unsecured | 0.00 | 6,430.17 | 6,430.17 | 796.25 | 0.00 |
| WELLS FARGO BANK NA D/B/A WELL | Secured | 10,576.00 | 9,275.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA D/B/A WELL | Unsecured | 0.00 | 1,301.29 | 4.57 | 4.57 | 0.00 |
| WEST VIEW WATER AUTHORITY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $41,031.13 | $41,031.13 | $7,933.51 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,070.44 | $15,070.44 | $2,344.53 |
| All Other Secured | $13,776.50 | $13,776.50 | $6,065.71 |
| **TOTAL SECURED:** | **$69,878.07** | **$69,878.07** | **$16,343.75** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,117.21 | $4,117.21 | $700.40 |
| **TOTAL PRIORITY:** | **$4,117.21** | **$4,117.21** | **$700.40** |
| **GENERAL UNSECURED PAYMENTS:** | **$103,625.55** | **$12,836.16** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $15,385.07 |
| Disbursements to Creditors | $103,875.59 |
| **TOTAL DISBURSEMENTS:** | **$119,260.66** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/13/2024                By: /s/ Ronda J. Winnecour
                                                      Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**